## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Charles David Cunningham** | ) | Case No. 12-20662 |
| **Charity Lynn Cunningham** | ) | Chapter 7 |
| | ) | |
| **Debtors** | ) | |

### RESPONSE OF CAPITAL ONE TO DEBTORS' MOTION FOR ORDER DETERMINING THAT CERTAIN PERSONAL PROPERTY OWNED BY THE DEBTOR IS NOT SUBJECT TO ANY SECURITY INTEREST, OR, IN THE ALTERNATIVE, GRANTING DEBTORS' REQUEST TO REDEEM PROPERTY

COMES NOW Capital One, the new owner of the account previously owned by HSBC Bank Nevada, N.A., (hereinafter "Capital One"), and for its response to the Debtors' Motion for Order Determining that Certain Personal Property Owned by the Debtor is Not Subject to Any Security Interest, or, in the Alternative, Granting Debtors' Request to Redeem Property, states as follows:

1. On or about January 16, 2010, Charity L. Cunningham and Charles D. Cunningham (hereinafter "Debtors") executed and delivered to HSBC Bank Nevada, N.A. their credit application. The credit application states, in part, as follows:

> "You grant HSBC a purchase money security interest in the goods purchased on your Account."

A copy of the credit application is attached hereto, made a part hereof, and marked Exhibit A.

2. Thereafter, the Debtors purchased various goods, wares and merchandise from Best Buy. Copies of the various invoices are attached hereto, made a part hereof, and marked Exhibit B.

3. The security interest of Capital One has attached to the collateral pursuant to K.S.A. §84-9-203. Further, the collateral description is sufficient pursuant to K.S.A. §84-9-108. Kansas

law does not require that all of the requisites of a security agreement be contained in one document. *Baldwin v. Hays Asphalt Const., Inc.*, 893 P.2d 275, 279 (Kan. App. 1995).

4. The Debtors have asserted that the value of the collateral is $130.00. Capital One believes that, in fact, the value of the collateral is approximately $2,100.00.

5. If the Debtors intend to redeem the property, they should be required to pay Capital One the balance of its claim in the amount of $1,556.49.

WHEREFORE, Capital One, the new owner of the account previously owned by HSBC Bank Nevada, N.A., prays this Court for an Order determining that its security interest in the collateral is valid and enforceable against the Debtors; that the value of the collateral is approximately $2,100.00, greater than the balance due to Capital One in the amount of $1,556.49; for an Order finding that if the Debtors choose to redeem the property, they must pay Capital One's secured claim in full; and for such other and further relief as the Court deems just and proper.

BERMAN & RABIN, P.A.

s/Michael H. Berman

---

Michael H. Berman  #11567
15280 Metcalf Avenue
Overland Park, KS  66223
Tel: (913) 649-1555    Fax: (913) 652-9474
mberman@bermanrabin.com
Attorneys for Capital One

## CERTIFICATE OF MAILING

I hereby certify that on this 8th day of June, 2012, a true and correct copy of the above and foregoing was sent via U.S. Mail, postage prepaid to:

Patrick E. Henderson
Henderson Law Office
627 Commercial, P.O. Box 349
Atchison, KS  66002-0349

                                                s/Michael H. Berman

                                                Michael H. Berman