| APPLICANT NAME AND ADDRESS | | | | | | Wisconsin residents: Check box if married ☐ |
|---|---|---|---|---|---|---|
| First Name | | M.I. | Last Name | | | Suffix |
| Charity | | L | Cunningham | | | |
| Urbanization (Puerto Rico only) | Current Address (If your mailing address is a P.O. Box, a residential address is required to process your application.) | | | | | Apt. # |
| | S. Broadway St. | | | | | |
| City | | | | State | Zip Code | |
| Leavenworth | | | | KS | 66048 | |

| JOINT APPLICANT NAME AND ADDRESS (Available on HSBC program ONLY) / AUTHORIZED USER (Chase program) (Please complete for Joint Credit or if you are a married WI resident) | | | | | | |
|---|---|---|---|---|---|---|
| First Name | | M.I. | Last Name | | | Suffix |
| Charles | | D | Cunningham | | | |
| Urbanization (Puerto Rico only) | Current Address (If your mailing address is a P.O. Box, a residential address is required to process your application.) | | | | | Apt. # |
| | S. Broadway St. | | | | | |
| City | | | | State | Zip Code | |
| Leavenworth | | | | KS | 66048 | |

## General Terms & Conditions

By submitting this application you: 1) direct Best Buy to submit your application to HSBC Bank Nevada, N.A. ("HSBC") for its consideration, and, if that bank declines your application, to then submit your application to Chase Bank USA, N.A ("Chase") for its consideration; 2) confirm that you understand that the credit cards issued by HSBC and Chase offer different functionality, terms, conditions and agreements associated with them, as disclosed in the terms and conditions associated with their respective applications (for example, currently the Best Buy credit card offered by Chase is valid only for in-store purchases); 3) authorize and direct HSBC and Chase to share with Best Buy whether your credit application is approved or declined and to share information about your application and account with Best Buy for use in creating and updating Best Buy's credit card program records and to assist Best Buy in better serving you; 4) authorize Best Buy to share information about you with the bank that issues your Best Buy credit card; and 5) certify that you have had an opportunity to read and that you agree to all the terms, conditions, authorizations and disclosures provided with both credit card applications.

## HSBC (Best Buy Credit Card) Specific Terms and Conditions

All of the information furnished on this application is, to the best of your knowledge, complete and accurate. You agree that you are furnishing all such information on this application to both Best Buy, and to HSBC, an issuer of the Best Buy credit card. You agree that HSBC may obtain a credit bureau report on you and HSBC may check any of the information provided on this application from whatever source HSBC may choose. By completing and signing this application, you are applying for a credit limit in the highest amount HSBC deems appropriate, regardless of any initial sale amount, and you are requesting a Card issued to you by HSBC which will allow you to make purchases under this account. By a) signing, using or permitting others to use this Card; b) signing or permitting others to sign sales slips; c) making or permitting others to make purchases by telephone, Internet, or any other means, you agree to the terms and conditions of the Cardholder Agreement and Disclosure Statement (which includes an arbitration provision) which shall be sent to you with the credit card. If based on your creditworthiness, HSBC determines you do not qualify for Program A, you agree HSBC may consider you for an account with the terms and conditions of Program B. If approved for Program B, you agree to its terms and conditions. If this is a joint credit application, you understand that each applicant has the right to use the account and that you shall be liable for all purchases made under the Account by any joint applicant. You grant HSBC a purchase money security interest in the goods purchased on your Account. You understand that HSBC may provide information relating to our transactions and experiences with you to others, including Best Buy, whether or not you are approved for credit. You may prohibit the sharing of such information by calling HSBC at 1-800-365-3804. The Spanish translation has been provided for your convenience. In case of conflict, the English version is the binding contract and will govern. You acknowledge receipt of the English/Spanish application and Important Terms. Some future correspondence may only be available/provided in English.

By signing below, you hereby accept as notice in writing and consent to the collection, use and disclosure of information about you as outlined in the HSBC Bank Nevada, N.A. Privacy Statement, including the receipt and exchange of credit bureau and personal information about you from credit reporting agencies, credit bureaus, our affiliates and other sources.

| APPLICANT'S SIGNATURE | X [signature] | DATE 01/16/10 MM/DD/YY |
|---|---|---|
| JOINT APPLICANT'S SIGNATURE (HSBC only) | X [signature] | DATE 1-16-10 MM/DD/YY |

ACKNOWLEDGEMENT OF DISCLOSURE  This section must be completed if the applicant is approved for Program B by HSBC

| YOU ACKNOWLEDGE YOU HAVE RECEIVED AND READ THE PROGRAM B DISCLOSURE | APPLICANT'S SIGNATURE | X | DATE | MM/DD/YY |
|---|---|---|---|---|

## PROTECT YOUR HSBC ACCOUNT WITH ACCOUNT SHIELD,℠ AN OPTIONAL MONTHLY DEBT CANCELLATION PROGRAM (HSBC PRODUCT)

If you enroll in our optional Account Shield program, your monthly credit card balance or a portion of your balance may be cancelled in the case of a qualifying Total Disability, Involuntary Unemployment, Property Damage or Loss, or Loss of Life event. For Total Disability, the maximum balance that may be cancelled is $1,000 per month, up to $10,000, and for Involuntary Unemployment, up to $1,000 per month for six months. For Loss of Life or Property Damage or Loss, the maximum balance that may be cancelled is $10,000. To receive a cancellation benefit (for other than Loss of Life or Property Damage or Loss) on your account, you must be employed full-time (but not self employed, working for a spouse or any other individual living with you on whom you are financially dependent for support and maintenance, or employed on a part-time basis) and working 30 hours or more per week at a single job on the date the event occurs. Account Shield is not insurance and is unavailable in Mississippi, Guam, the Virgin Islands, and Canada.

YES, please enroll me, the primary cardholder, in the optional Account Shield monthly debt cancellation program. I authorize the monthly charge to my account when I have a balance. I have received and read the Account Shield Summary. I understand that your evaluation of my credit card application will not be influenced by whether I choose to enroll, and I am free to cancel at any time.

| YES, PLEASE ENROLL ME AT THIS TIME! | | NO, I DO NOT WISH TO ENROLL AT THIS TIME. [signature] | |
|---|---|---|---|
| | MM/DD/YY | | MM/DD/YY |

6022-BB-EC-SP-ENV-01 (9-09)

| BEST BUY USE ONLY | MERCHANT #88 ___ ___ ___ ORG #169 MERCHANT #2 ___ ___ ___ | CREDIT LIMIT ___2000___ CIRCLE ONE: HSBC APPROVED / HSBC DECLINED | EXHIBIT A |
|---|---|---|---|
| APPLICATION # | 10011600487 | | |
| I.D. Verified by (Employee I.D.): 719296 | | | |
| I.D. #1 Photo ID (Applicant) Type: KSDL  I.D. # ___60___ State KS  Date of Issue ___  10___ Exp. Date | | | |
| I.D. #2 Credit Card (Applicant) Type: ☐ MC ☑ VISA ☐ AMEX ☐ DISCOVER Exp. Date 08/11  Alt. I.D. Credit | | | |

Blumberg No. 5119