```
                        BEST BUY
                         00014837
                    KANSAS CITY , KS 66109
                  Store Phone Number 913 328 7139

                            SALE

Order:           Date: 01/16/10        Term ID: 055    Cashier#: 230813
                 01:47 PM

Product Code     Description           Quantity            Amount
9695339          NV5378U/ATHLONI          1                499.99
                 IM300/4GB/500
9643081          2YR400-599.99            1                 99.99
                 NONSTD NOBATT
9695339          NV5378U/ATHLONI          1                499.99
                 IM300/4GB/500
9643081          2YR400-599.99            1                 99.99
                 NONSTD NOBATT
9285034          SWISS PINK               1                 29.99
                 SERENGHETI
                 SLEEVE
8819264          SWISS GEAR               1                 29.99
                 SHERPA CASE
1478804          SOFTWARE                 1                 29.99
                 INSTALL
8856829          WEBROOT SS               1                  0.00
                 W/AV BOX
9570154          3 USER WEB SS            0                  0.00
                 W/AV 6 MONTH
1478804          SOFTWARE                 1                 29.99
                 INSTALL

                                       Subtotal           1319.92
                                       Tax                  99.66
                                       Total             1419.58

Acct#:                 0626
Payment Type: BBY CARD/HSBC
Amount: 1419.58
Card Type: PL2
Tran#: 48306494
Auth#: 034756
Auth-CD: ELEC
Manual Tran Ind:
Signature:
```

*[signature]*

```
              KEEP YOUR RECEIPT!
       I HAVE READ AND AGREE TO ALL
         RETURN AND REFUND POLICIES
         PRINTED ON THE BACK OF THIS
          RECEIPT AND POSTED IN THE
       STORE. I HAVE RECEIVED GOODS
      AND/OR SERVICES IN THE AMOUNT
                SHOWN ABOVE.
     BESTBUY.COM RETURN AND EXCHANGE
    INFORMATION AND PRICE MATCH POLICY
   MAY VARY SLIGHTLY FROM IN-STORE POLICY.
      PLEASE LOG ONTO WWW.BESTBUY.COM
             FOR COMPLETE DETAILS
        >>>>>>> ELECTRONIC COPY <<<<<<<
```



```
                        BEST BUY
                         00014837
                  KANSAS CITY , KS 66109
                Store Phone Number 913 328 7139

                           SALE

Order:          Date: 01/25/10       Term ID: 041    Cashier#: 360174
                04:18 PM

Product Code    Description          Quantity              Amount
8237302         X360-GHOST              1                   19.99
                RECON
                ADVANCED WA
8054026         MSFT FLIGHT             1                   29.99
                SIMULATOR X
                DELU
7251047         REWARD ZONE             1                    0.00
                JOIN
6072313         RZ CERTIFICATE          1                    0.00
                EMAIL

                                     Subtotal              49.98
                                     Tax                    3.77
                                     Total                 53.75

Acct#:                  0626
Payment Type: BBY CARD/HSBC
Amount: 53.75
Card Type: PL2
Tran#: 48304060
Auth#: 047722
Auth-CD: ELEC
Manual Tran Ind:
Signature:


              KEEP YOUR RECEIPT!
        I HAVE READ AND AGREE TO ALL
         RETURN AND REFUND POLICIES
          PRINTED ON THE BACK OF THIS
          RECEIPT AND POSTED IN THE
         STORE. I HAVE RECEIVED GOODS
        AND/OR SERVICES IN THE AMOUNT
                  SHOWN ABOVE.
       BESTBUY.COM RETURN AND EXCHANGE
       INFORMATION AND PRICE MATCH POLICY
      MAY VARY SLIGHTLY FROM IN-STORE POLICY.
        PLEASE LOG ONTO WWW.BESTBUY.COM
               FOR COMPLETE DETAILS
         >>>>>>> ELECTRONIC COPY <<<<<<<
```

```
                    BEST BUY
                    00014837
               KANSAS CITY , KS 66109
             Store Phone Number 913 328 7139

                       SALE
```

| Order: | Date: 02/01/10 07:20 PM | Term ID: 001 | Cashier#: 207013 |
|---|---|---|---|
| Product Code | Description | Quantity | Amount |
| 8771732 | APPLE 8GB IPOD TOUCH 3RD GEN | 1 | 199.99 |
| 9424465 | 2YR W/ADH $100-$199.99 IPOD/ | 1 | 49.99 |
| 9225572 | ELAN PASSPORT METAL FOR IPOD | 1 | 29.99 |
| 5426693 | REWARD ZONE CARD | 1 | 0.00 |
|  |  | Subtotal | 279.97 |
|  |  | Tax | 21.14 |
|  |  | Total | 301.11 |

Acct#: 0626
Payment Type: BBY CARD/HSBC
Amount: 301.11
Card Type: PL2
Tran#: 48305663
Auth#: 046339
Auth-CD: ELEC
Manual Tran Ind:
Signature:

KEEP YOUR RECEIPT!
I HAVE READ AND AGREE TO ALL
RETURN AND REFUND POLICIES
PRINTED ON THE BACK OF THIS
RECEIPT AND POSTED IN THE
STORE. I HAVE RECEIVED GOODS
AND/OR SERVICES IN THE AMOUNT
SHOWN ABOVE.
BESTBUY.COM RETURN AND EXCHANGE
INFORMATION AND PRICE MATCH POLICY
MAY VARY SLIGHTLY FROM IN-STORE POLICY.
PLEASE LOG ONTO WWW.BESTBUY.COM
FOR COMPLETE DETAILS
>>>>>>> ELECTRONIC COPY <<<<<<<

BEST BUY
00014837
KANSAS CITY , KS 66109
Store Phone Number 913 328 7139

SALE

| Order: | Date: 03/14/10 04:49 PM | Term ID: 001 | Cashier#: 360174 |
|---|---|---|---|
| Product Code | Description | Quantity | Amount |
| 8241422 | WIRELESS RF HEADPHONE SYSTEM | 1 | 102.99 |
| 5426693 | REWARD ZONE CARD | 1 | 0.00 |
| 6072377 | REWARD ZONE OFFER | 1 | 0.00 |
| | | Subtotal | 102.99 |
| | | Tax | 8.40 |
| | | Total | 111.39 |

Acct#: 0626
Payment Type: BBY CARD/HSBC
Amount: 111.39
Card Type: PL2
Tran#: 48309160
Auth#: 039574
Auth-CD: ELEC
Manual Tran Ind:
Signature:

KEEP YOUR RECEIPT!
I HAVE READ AND AGREE TO ALL
RETURN AND REFUND POLICIES
PRINTED ON THE BACK OF THIS
RECEIPT AND POSTED IN THE
STORE. I HAVE RECEIVED GOODS
AND/OR SERVICES IN THE AMOUNT
SHOWN ABOVE.
BESTBUY.COM RETURN AND EXCHANGE
INFORMATION AND PRICE MATCH POLICY
MAY VARY SLIGHTLY FROM IN-STORE POLICY.
PLEASE LOG ONTO WWW.BESTBUY.COM
FOR COMPLETE DETAILS
>>>>>>> ELECTRONIC COPY <<<<<<<

```
                    BEST BUY
                    00014837
              KANSAS CITY , KS 66109
           Store Phone Number 913 328 7139

                       SALE

Order:        Date: 06/22/10        Term ID: 003    Cashier#: 185785
              06:28 PM

Product Code  Description           Quantity              Amount
9195015       NDS-DREAM DAY               1                9.99
              WEDDING DESTIN
5426693       REWARD ZONE                 1                0.00
              CARD

                                    Subtotal              9.99
                                    Tax                   0.81
                                    Total                10.80

Acct#:              0626
Payment Type: BBY CARD/HSBC
Amount: 10.8
Card Type: PL2
Tran#: 48309289
Auth#: 037098
Auth-CD: ELEC
Manual Tran Ind:
Signature:
Equipment Down
                    KEEP YOUR RECEIPT!
              I HAVE READ AND AGREE TO ALL
               RETURN AND REFUND POLICIES
              PRINTED ON THE BACK OF THIS
               RECEIPT AND POSTED IN THE
              STORE. I HAVE RECEIVED GOODS
              AND/OR SERVICES IN THE AMOUNT
                     SHOWN ABOVE.
           BESTBUY.COM RETURN AND EXCHANGE
            INFORMATION AND PRICE MATCH POLICY
           MAY VARY SLIGHTLY FROM IN-STORE POLICY.
              PLEASE LOG ONTO WWW.BESTBUY.COM
                    FOR COMPLETE DETAILS
              >>>>>>> ELECTRONIC COPY <<<<<<<
```

## BEST BUY
00014837
KANSAS CITY , KS 66109
Store Phone Number 913 328 7139

SALE

| Order: | Date: 11/26/10 06:38 AM | Term ID: 001 Cashier#: 00155429 | |
|---|---|---|---|
| Product Code | Description | Quantity | Amount |
| 1445824 | X360-MICROSOFT LEGO BUNDLE | 1 | 199.99 |
| 9225377 | 8GB TOUCH 4TH GEN | 1 | 229.99 |
| 9225377 | 8GB TOUCH 4TH GEN | 1 | 229.99 |
| 9902347 | X360-CALL OF DUTY: BLACK OPS | 1 | 59.99 |
| 1325146 | X360-DRAGON AGE: ORIGINS ULT | 1 | 59.99 |
| 8267644 | 360 BLACK WIRELESS CONTROLLE | 1 | 49.99 |
| 1218378 | CANON POWERSHOT SX30 IS (14/ | 1 | 369.99 |
| 9993416 | 2YR W/ADH 200-249.99 IPOD/MP | 1 | 69.99 |
| 9876872 | SCREEN CARE KIT IPOD TOUCH - | 1 | 3.99 |
| 9973665 | 2YR 150-199.99 XBOX360 BTP | 1 | 49.99 |
| | GIFT CERT. | 0 | 30.00 |
| | GIFT CERT. | 0 | 30.00 |
| | | Subtotal | 1383.90 |
| | | Tax | 126.10 |
| | | Total | 1510.00 |

Acct#: 0626
Payment Type: BBY CARD/HSBC
Amount: 1450
Card Type: PL2
Tran#: 14835071
Auth#: 033830
Auth-CD: ELEC
Manual Tran Ind:
Signature:

*[signature]*

KEEP YOUR RECEIPT!
I HAVE READ AND AGREE TO ALL
RETURN AND REFUND POLICIES
PRINTED ON THE BACK OF THIS
RECEIPT AND POSTED IN THE
STORE. I HAVE RECEIVED GOODS
AND/OR SERVICES IN THE AMOUNT
SHOWN ABOVE.
BESTBUY.COM RETURN AND EXCHANGE
INFORMATION AND PRICE MATCH POLICY
MAY VARY SLIGHTLY FROM IN-STORE POLICY.
PLEASE LOG ONTO WWW.BESTBUY.COM
FOR COMPLETE DETAILS
>>>>>>> ELECTRONIC COPY <<<<<<<

```
                         BEST BUY
                         00000398
                   OVERLAND PARK, KS 66215
                  Store Phone Number 913 894 0055

                            SALE

Order:           Date: 12/10/10         Term ID: 006  Cashier#: 00060075
                 02:35 PM

Product Code     Description            Quantity              Amount
5426693          REWARD ZONE                1                   0.00
                 CARD
8844334          ON-THE-GO                  1                   9.99
                 PORTABLE
                 SPEAKER
8844334          ON-THE-GO                  1                   9.99
                 PORTABLE
                 SPEAKER
1212347          PNY 4GB SDHC               1                  19.99
                 CL10, PRO100X,
6825386          EDIT 110 SMALL             1                  20.99
                 DIGITAL VIDEO

                                        Subtotal              60.96
                                        Tax                    5.28
                                        Total                 66.24

Acct#:              0626
Payment Type: BBY CARD/HSBC
Amount: 66.24
Card Type: PL2
Tran#: 00392883
Auth#: 062663
Auth-CD: ELEC
Manual Tran Ind:
Signature:

                    [signature]

              KEEP YOUR RECEIPT!
        I HAVE READ AND AGREE TO ALL
        RETURN AND REFUND POLICIES
        PRINTED ON THE BACK OF THIS
         RECEIPT AND POSTED IN THE
        STORE. I HAVE RECEIVED GOODS
        AND/OR SERVICES IN THE AMOUNT
                 SHOWN ABOVE.
      BESTBUY.COM RETURN AND EXCHANGE
      INFORMATION AND PRICE MATCH POLICY
     MAY VARY SLIGHTLY FROM IN-STORE POLICY.
        PLEASE LOG ONTO WWW.BESTBUY.COM
              FOR COMPLETE DETAILS
         >>>>>>> ELECTRONIC COPY <<<<<<<
```

```
                            BEST BUY
                            00014837
                       KANSAS CITY , KS 66109
                     Store Phone Number 913 328 7139

                              SALE

Order:            Date: 01/07/11          Term ID: 001 Cashier#: 00137587
                  06:26 PM

Product Code      Description              Quantity              Amount
9886718           COMPACT                     1                  134.99
                  STEREO SYSTEM
9447538           ROCKETFISH                  1                   24.99
                  MOBILE QX3
                  BLUETO
6094193           REWARD ZONE                 1                    0.00
                  PREMIER SILVER

                                          Subtotal              159.98
                                          Tax                    15.24
                                          Total                175.22

Acct#:                   0626
Payment Type: BBY CARD/HSBC
Amount: 175.22
Card Type: PL2
Tran#: 14831785
Auth#: 062681
Auth-CD: ELEC
Manual Tran Ind:
Signature:
```

*[signature]*

KEEP YOUR RECEIPT!
I HAVE READ AND AGREE TO ALL
RETURN AND REFUND POLICIES
PRINTED ON THE BACK OF THIS
RECEIPT AND POSTED IN THE
STORE. I HAVE RECEIVED GOODS
AND/OR SERVICES IN THE AMOUNT
SHOWN ABOVE.
BESTBUY.COM RETURN AND EXCHANGE
INFORMATION AND PRICE MATCH POLICY
MAY VARY SLIGHTLY FROM IN-STORE POLICY.
PLEASE LOG ONTO WWW.BESTBUY.COM
FOR COMPLETE DETAILS
>>>>>>> ELECTRONIC COPY <<<<<<<

```
                        BEST BUY
                        00014837
                    KANSAS CITY , KS 66109
                  Store Phone Number 913 328 7139

                             SALE

Order:          Date: 01/08/11              Term ID: 001 Cashier#: 00138093
                01:08 PM

Product Code    Description              Quantity              Amount


                                         Subtotal               0.00
                                         Tax                    0.00
                                         Total                  0.00
Acct#:              0626
Payment Type: BBY CARD/HSBC
Amount: 15
Card Type: PL2
Tran#: 14831909
Auth#: 046193
Auth-CD: ELEC
Manual Tran Ind:
Signature:
Equipment Down
Payment Type: Cash
Amount: 15

                        KEEP YOUR RECEIPT!
                   I HAVE READ AND AGREE TO ALL
                   RETURN AND REFUND POLICIES
                   PRINTED ON THE BACK OF THIS
                    RECEIPT AND POSTED IN THE
                   STORE. I HAVE RECEIVED GOODS
                   AND/OR SERVICES IN THE AMOUNT
                          SHOWN ABOVE.
                 BESTBUY.COM RETURN AND EXCHANGE
                 INFORMATION AND PRICE MATCH POLICY
                 MAY VARY SLIGHTLY FROM IN-STORE POLICY.
                   PLEASE LOG ONTO WWW.BESTBUY.COM
                        FOR COMPLETE DETAILS
                   >>>>>>> ELECTRONIC COPY <<<<<<<
```

```
                         BEST BUY
                         00014837
                    KANSAS CITY , KS 66109
                  Store Phone Number 913 328 7139

                           SALE
```

| Order: | Date: 01/24/11 05:17 PM | Term ID: 005 Cashier#: 00184933 |
|---|---|---|

| Product Code | Description | Quantity | Amount |
|---|---|---|---|
| 8732026 | IPOD DOCK CLOCK RADIO ICFCS1 | 1 | 99.99 |
| 1092634 | JB ICON EARBUD FIT KIT | 1 | 9.99 |
| 6094193 | REWARD ZONE PREMIER SILVER | 1 | 0.00 |

|  | Subtotal | 109.98 |
|---|---|---|
|  | Tax | 10.48 |
|  | Total | 120.46 |

Acct#:                  0626
Payment Type: BBY CARD/HSBC
Amount: 120.46
Card Type: PL2
Tran#: 14833943
Auth#: 057269
Auth-CD: ELEC
Manual Tran Ind:
Signature:

*[signature]*

KEEP YOUR RECEIPT!
I HAVE READ AND AGREE TO ALL
RETURN AND REFUND POLICIES
PRINTED ON THE BACK OF THIS
RECEIPT AND POSTED IN THE
STORE. I HAVE RECEIVED GOODS
AND/OR SERVICES IN THE AMOUNT
SHOWN ABOVE.
BESTBUY.COM RETURN AND EXCHANGE
INFORMATION AND PRICE MATCH POLICY
MAY VARY SLIGHTLY FROM IN-STORE POLICY.
PLEASE LOG ONTO WWW.BESTBUY.COM
FOR COMPLETE DETAILS
>>>>>>> ELECTRONIC COPY <<<<<<<

```
                          BEST BUY
                          00014837
                    KANSAS CITY , KS 66109
                  Store Phone Number 913 328 7139

                             SALE

Order:            Date: 02/19/11        Term ID: 001 Cashier#: 00207154
                  04:18 PM

Product Code      Description           Quantity              Amount
9846696           SONY                     1                  169.99
                  MHCEC909IP HI-FI
                  SHELF
6094193           REWARD ZONE              1                    0.00
                  PREMIER SILVER

                                        Subtotal             169.99
                                        Tax                   16.19
                                        Total                186.18
Acct#:            0626
Payment Type: BBY CARD/HSBC
Amount: 186.18
Card Type: PL2
Tran#: 14835616
Auth#: 016970
Auth-CD: ELEC
Manual Tran Ind:
Signature:
```

*[signature]*

```
              KEEP YOUR RECEIPT!
       I HAVE READ AND AGREE TO ALL
        RETURN AND REFUND POLICIES
         PRINTED ON THE BACK OF THIS
           RECEIPT AND POSTED IN THE
         STORE. I HAVE RECEIVED GOODS
        AND/OR SERVICES IN THE AMOUNT
                 SHOWN ABOVE.
      BESTBUY.COM RETURN AND EXCHANGE
       INFORMATION AND PRICE MATCH POLICY
     MAY VARY SLIGHTLY FROM IN-STORE POLICY.
         PLEASE LOG ONTO WWW.BESTBUY.COM
              FOR COMPLETE DETAILS
          >>>>>>> ELECTRONIC COPY <<<<<<<
```

```
                      BEST BUY
                     00014837
                KANSAS CITY , KS 66109
              Store Phone Number 913 328 7139

                        SALE

Order:          Date: 05/14/11        Term ID: 003 Cashier#: 00146889
                01:05 PM

Product Code    Description           Quantity              Amount
6094175         REWARD ZONE              1                    0.00
                PREMIER SILVER
8464431         UNIVERSAL MY K-          1                   13.79
                CUP
9836487         FMJ STEREO               1                   24.54
                EARBUDS W
                MICROPH
8723367         PINK INK'D               1                    7.97
1758421         UNI-BALL GEL 207         1                    1.52
                BLUE UPC
1758634         SHARPIE                  1                    1.53
                METALLIC

                                      Subtotal              49.35
                                      Tax                    4.70
                                      Total                54.05

Acct#:              0626
Payment Type: BBY CARD/HSBC
Amount: 54.05
Card Type: PL2
Tran#: 14831604
Auth#: 054840
Auth-CD: ELEC
Manual Tran Ind:
Signature:
```

*[signature]*

```
            KEEP YOUR RECEIPT!
       I HAVE READ AND AGREE TO ALL
         RETURN AND REFUND POLICIES
         PRINTED ON THE BACK OF THIS
          RECEIPT AND POSTED IN THE
         STORE. I HAVE RECEIVED GOODS
        AND/OR SERVICES IN THE AMOUNT
                 SHOWN ABOVE.
      BESTBUY.COM RETURN AND EXCHANGE
      INFORMATION AND PRICE MATCH POLICY
     MAY VARY SLIGHTLY FROM IN-STORE POLICY.
        PLEASE LOG ONTO WWW.BESTBUY.COM
              FOR COMPLETE DETAILS
         >>>>>>> ELECTRONIC COPY <<<<<<<
```