# Exhibit D

**NOTICE FOR MARRIED WISCONSIN RESIDENTS:** No provision of a marital property agreement (including a Statutory Terminable Marital Property Classification Agreement under Sec. 766.588 Wis. Stats., or a Statutory Terminable Individual Property Classification Agreement under 766.70) adversely affects the interest of the creditor unless the creditor, prior to the time the credit is granted, is furnished a copy of the agreement, statement or decree or has actual knowledge of the adverse provision when the obligation to the creditor is incurred.

## CARDHOLDER AGREEMENT AND DISCLOSURE STATEMENT

**1. GENERAL:** Each person signing and submitting, or electronically or telephonically submitting the application for a credit card account ("Account") as applicant or joint applicant applies for an Account with HSBC Bank Nevada, N.A., a national banking association, and requests one or more credit card(s) bearing the name or tradename of Best Buy to be used in connection with the Account. The word "Card" means any credit card(s) issued to you or an authorized user of your Account. In this Agreement, the words "you" and "your" refer to the applicant and joint applicant named on the credit card application and the words "we", "us" and "our" refer to HSBC Bank Nevada, N.A., located at 1111 Town Center Drive, Las Vegas, Nevada 89144. If based on your creditworthiness, we determine you do not qualify for Program A, you agree we may consider you for an account with the terms and conditions of Program B. If approved for Program B, you agree to its terms and conditions.

If your application is approved, "applicant" will be referred to as "primary cardholder" and "joint applicant" will be referred to as "secondary cardholder" for purposes of this agreement.

If we accept your application to open an Account, you agree that you will only purchase goods and services for personal, family and household purposes from merchants which honor the Card.

**2. ACCEPTANCE OF AGREEMENT:** By a) signing and submitting, or electronically or telephonically submitting the application, using or permitting others to use the Card, b) signing or permitting others to sign sales slips; or c) making or permitting others to make purchases by telephone, Internet, or any other means, you agree to the terms and conditions of this Cardholder Agreement and Disclosure Statement, which includes an arbitration provision.

**3. PROMISE TO PAY:** You agree to pay all amounts charged to the Account, whether incurred by you or anyone you authorize or permit to use your Account or Card. If the Account is a joint Account, the applicant and joint applicant each agree to pay and are jointly and individually responsible for all amounts charged on the Account regardless of any divorce or other legal proceedings or any agreement that may affect liability between the applicant and the joint applicant. If either of you give us notice disclaiming liability for amounts owed under this Agreement, we may close the Account. In that event, you will continue to pay the outstanding balance under the terms of this Agreement. However, you will not be able to make any new charges on the Account.

**4. ABILITY TO REPAY:** When you use the Account or permit others to use the Account, you represent that you have the ability and intention to repay all amounts charged to the Account.

**5. BILLING STATEMENT:** We will send you a billing statement monthly for each billing cycle at the end of which you have a debit or credit balance in excess of $1.00, or in which a Finance Charge has been imposed. The billing statement will show all purchases, Finance Charges and other charges or fees, including credit insurance or debt cancellation (if applicable), and all payments and other credits posted to your Account during the billing cycle. The billing statement will show the amount owed on your Account. The total Amount owed is called "New Balance" on your billing statement subject to the terms of Promotional Credit Plan purchases, if any, as indicated below.

**6. PROMOTIONAL CREDIT PLANS:** The following Promotional Credit Plans may be offered from time to time as specified prior to or at the time of purchase: a) Delayed Monthly Payment Credit Plan – no Minimum Monthly Payment will be due for a specified period; b) Waived Finance Charge Credit Plan – no Finance Charges will be imposed on the purchase for a specified period, as long as the Total Minimum Payment Due is paid when due each billing cycle; c) Waived Finance Charge/Delayed Monthly Payment Credit Plan – no Finance Charges will be imposed on the purchase for a specified period and no Minimum Monthly Payments will be due for a specified period; d) Same As Cash/Monthly Payment Credit Plan – If you pay the full cash sales price of the purchase before the promotional due date, as indicated on your billing statement, and pay the Total Minimum Payment Due when due each billing cycle, as indicated on your billing statement, no Finance Charges will be imposed on the purchase. If such payments are not so made, Finance Charges will be imposed from the purchase date; e) Same As Cash/Delayed Monthly Payment Credit Plan – If you pay the full cash sales price of the purchase before the promotional due date indicated on your billing statement, no Finance Charges will be imposed on the purchase. If payment in full is not made before that date, Finance Charges will be imposed from the purchase date. No Minimum Monthly Payments will be due prior to the promotional due date as indicated on your billing statement; f) Reduced Rate Credit Plan – A reduced periodic rate will be applied to the purchase for the specified period as long as the Total Minimum Payment Due is paid when due each billing cycle; g) Special Repayment Factor Plan – A special repayment factor will be applied to the purchase for the specified period as long as the Total Minimum Payment Due is paid when due each billing cycle; h) Special Repayment Factor/Reduced Rate Credit Plan – A special repayment factor and a reduced periodic rate will be applied to the purchase for the specified period as long as the Total Minimum Payment Due is paid when due each billing cycle. All purchases that do not fall under a Promotional Credit Plan are referred to as Regular Credit Plan purchases. **Certain rules apply to the allocation of payments and finance charges on your promotional purchase if you make more than one purchase on your Card. Call 1-888-367-4310 or review the Application of Payments section of this Agreement for information.**

**7. FINANCE CHARGES:** (a) Finance Charges, which are part of the interest on your Account, are calculated separately for each Promotional Credit Plan and each Regular Credit Plan (each a "Credit Plan"). Promotional Credit Plans with different promotional due dates or terms are treated as

different Credit Plans for this purpose. The total Finance Charge for the billing cycle is the sum of the Finance Charges for each Credit Plan, subject to the minimum Finance Charge under Section 8.

(b) Finance Charges are imposed on purchases from the transaction date until paid in full, except that no Finance Charge is imposed in a billing cycle on:

(i) a new purchase on a Regular, Delayed Monthly Payment, Reduced Rate, or Special Repayment Factor Credit Plan if the combined Previous Balance of those Credit Plans at the beginning of the cycle is zero or a credit balance, or is paid in full before the Payment Due Date that falls during the cycle;

(ii) any balance on a Regular, Delayed Monthly Payment, Reduced Rate, or Special Repayment Factor Credit Plan if the combined Previous Balance of those Credit Plans at the beginning of the cycle is zero or a credit balance, or is paid in full before the Payment Due Date that falls during the cycle;

(iii) a purchase on a Waived Finance Charge Credit Plan for the specified promotional period;

(iv) a purchase on a Same As Cash Credit Plan if the full cash sales price is paid in full before the promotion expiration date.

(c) If a Finance Charge is imposed on a Credit Plan other than a Same As Cash Credit Plan, the amount will be determined by multiplying the applicable Daily Periodic Rate times the Daily Balance for the Credit Plan for each day in the cycle, and adding the results of those calculations together.

(d) If a Finance Charge is imposed on a Same As Cash Credit Plan during a cycle, the amount will be the sum of the following daily Finance Charge calculations for the Credit Plan during the current cycle and during each of the prior billing cycles (each a "Prior Cycle") from the transaction date of the purchase through the current cycle: (i) the applicable Daily Periodic Rate for the Current Cycle times the Daily Balance for each day in the current cycle; and (ii) the applicable Daily Periodic Rate for each Prior Cycle times the Daily Balances of the Credit Plan for each day during each Prior Cycle.

(e) The "Daily Balance" of a Credit Plan is determined each day by taking the opening balance of the Credit Plan for that day, and adding 1) any new purchases made on the Credit Plan that day, 2) the previous day's Finance Charges, 3) any credit insurance premiums or debt cancellation fees (if applicable) incurred on that day and 4) any late fees, overlimit fees, returned check fees or other fees incurred on that day and subtracting any payments or credits applied to the Credit Plan that day. For any Same As Cash Credit Plan, credit insurance premiums or debt cancellation fees (if applicable) are not included in the Daily Balance of that Credit Plan during the promotional period. If a purchase on a Credit Plan posts after the beginning of a billing cycle, but the transaction occurred prior to the beginning of the billing cycle, the amount of the transaction plus related Finance Charges for each day from the transaction date until the first day of the billing cycle in which the transaction posts will be added to the Daily Balance of the Credit Plan for the first day of the billing cycle in which the transaction posts.

(f) The Daily Periodic Rate which is used to determine your Finance Charges and the corresponding Annual Percentage Rate, will be variable rates which may change monthly. The Daily Periodic Rate will be one-three hundred sixty fifth of the sum of the highest of the Prime Rate(s) published in *The Wall Street Journal* "Money Rates Section" on the first or last day of the month that *The Wall Street Journal* is published, plus a "Spread" of **24.74** percentage points for the Standard Rate and a "Spread" of **26.74** percentage points for the Default Rate. Any changes in the Prime Rate will take effect on the first day of your billing cycle beginning in the next month.

For example, as of the billing cycle beginning September 1, 2009, the Finance Charge for the Standard Rate would have been a Daily Periodic Rate of **.07668%** (corresponding **27.99% Annual Percentage Rate**) and the Finance Charge for the Default Rate would have been a Daily Periodic Rate of **.08216%** (corresponding **29.99% Annual Percentage Rate**). An increase in the Prime Rate will increase your applicable Daily Periodic Rate which may increase the Finance Charge and the Minimum Monthly Payment due on your Account. You will qualify for the Standard Rate until you fail to make your Total Minimum Payment Due by your next statement date two or more times in 12 consecutive months.

**8. MINIMUM FINANCE CHARGE:** A minimum **Finance Charge** of $2.00 will be assessed for each billing cycle in which a Finance Charge is payable.

**9. FEES:** We may impose on your Account the following fees, which will be added to your Account when assessed:

a) **Late Payment Fee:** Your Late Payment Fee will be based on your combined account balance (less any Delayed Monthly Payment credit plan balances) at the time of your payment due date. If you fail to pay us the Total Minimum Payment Due in full by the Payment Due Date on your billing statement, you agree to pay a Late Payment Fee of $35 for combined account balance of $250 and below; $39 for combined account balance of $250.01 and over.

b) **Returned Check Fee:** You agree to pay $39 each time any payment check on your Account is returned unpaid by your bank or other financial institution for any reason.

c) **Document and Research Fees:** If you ask us to provide you with a replica of your sales slip, billing statement or other document (except in connection with a billing error claimed in accordance with "Your Billing Rights"), we may charge you the following fees: (i) Billing statement: $5 per statement (ii) Sales/credit slip: $5 per transaction; (iii) Payment instrument: $5 per payment; and, (iv) Research fee: $15 per hour. Payment Histories: You will be charged the applicable research fee in addition to the following itemization fees. For requests involving statement activity within the last 12 months - $7.50; activity within the last 13-48 months - $11.25; and activity within the last 49-72 months - $22.50. We reserve the right to change the Document and Research Fee Schedule from time to time. You may call Customer Service for a current fee schedule.

d) **Reissued Card Fee:** You may be charged $5 each time you request that your credit card be reissued.

e) **Direct Check Fee:** In the event that you pay your Account with a direct check, you agree to pay up to a $15 fee for each direct check. We reserve the right to change the Direct Check Fee from time to time. You may call Customer Service for a current fee schedule.

f) **Overlimit Fee:** In the event you exceed your credit limit, you will be charged an Overlimit Fee of $0.

g) **Collection Costs:** If, after you default, we refer your Account to an attorney and/or collection agency for collection, we may charge you our collection costs, including court costs and reasonable attorneys' fees, when and as permitted by applicable law.

**10. INSURANCE:** If available and you elect any credit insurance coverage, you authorize us to charge the insurance premium for such insurance to your Account on a monthly basis. You understand the amount of the insurance premium is based on the Average Daily Balances of your Account for the billing cycle in which the premium is being assessed. Credit insurance charges begin to accrue on the transaction date for all purchases made on your Account.

**11. DEBT CANCELLATION:** If available and you elect debt cancellation, you authorize us to charge the fee for such debt cancellation to your Account on a monthly basis. You understand the amount of the debt cancellation fee is based on the Average Daily Balances of your Account for the billing cycle in which the fee is being assessed. Debt cancellation charges begin to accrue on the transaction date for all purchases made on your Account.

**12. MINIMUM MONTHLY PAYMENT:** You agree to pay us at least the Total Minimum Payment Due, reflected on your statement. If you wish, you may pay more than the Total Minimum Payment Due and at any time you may pay the entire amount due. Your Total Minimum Payment due is equal to your Minimum Monthly Payment plus the Special Repayment Factor for any Promotional Credit Plans with a special repayment factor plus any debt cancellation fees or credit insurance premiums attributable to any Reduced Rate/Special Repayment Factor Credit plans plus any delinquent amounts. The Minimum Monthly Payment is the greater of a.) $10 or b.) 1% of your "New Balance" (which does not include balances on Special Repayment Factor Credit Plans) plus billed Finance Charges plus any Late Fees assessed for that month, rounded to the next highest dollar. Your monthly billing statement will include requirements for you to follow in making payments including the cut-off hour for receipt of payments, which may affect crediting of your payments.

**13. PAYMENT RESTRICTIONS:** All payments must be mailed or delivered to us at the Payment Processing Center address shown on your monthly billing statement. All payments must be made by check or money order. By sending us a check for payment on your account, you authorize us either to use information from your check to initiate an electronic fund transfer from your account according to the terms of the check or to process this transaction as a check. When we use your check to make an electronic fund transfer, funds may be withdrawn from your account the same day we receive your payment, and you will not receive your check back from your bank. If you do not want your checks to be converted to an electronic fund transfer, please call Customer Service. You may not mail us cash. You agree that any payment may be returned to you if your check is: (a) not drawn in U.S. dollars on funds on deposit in the U.S.; (b) missing a signature; (c) drawn with different numeric and written amounts; (d) restrictively endorsed; (e) postdated; (f) drawn on a credit account issued by HSBC Bank Nevada, N.A. or an affiliate; (g) not paid on presentment. **However, if you wish us to consider a payment marked "paid in full", "without recourse", or similar language, such payment must be marked for special handling and sent to HSBC Retail Services, P.O. Box 15521, Wilmington, DE 19850-5521.** You agree that we may accept any such payment, late payments, partial payments, and payments marked "paid in full", "without recourse", or otherwise restrictively endorsed without waiving our right to payment in full of your entire Account balance.

**14. APPLICATION OF PAYMENTS:** Your payments will be allocated in a manner we determine in accordance with applicable law, and may change from time to time. Your Available Credit will be increased by the amount of your payment within 14 days after that payment is received. **If you have a Same As Cash Credit Plan that is due to expire in the current billing cycle or in the next billing cycle, and you make a payment before the Same As Cash expiration date that is large enough to pay all minimum payments due plus your full Same As Cash balance, we will automatically apply that payment first to the required minimum payments and next to the plan that is due to expire. At all other times, payments will be applied in the following order: (1) minimum payments that are due, (2) plans with finance charges due, (3) Same As Cash Credit Plans in the order in which they are due to expire. If you wish to re-direct any payment in a different order, you may do so by calling the customer service number listed in the upper corner of page 1 of your billing statement.**

**15. CREDIT LIMIT:** You agree not to let the Account balance exceed the credit limit established for you by us from time to time. We do not have to honor any use of your Card or honor credit card checks which would cause you to exceed your credit limit, but if we do, you agree to repay the amount by which your credit limit is exceeded, plus Finance Charges immediately.

**16. CREDIT AUTHORIZATIONS:** Some purchases will require our prior authorization and you may be asked by the merchant to provide identification. If our authorization system is not working, we may not be able to authorize a transaction, even if you have sufficient available credit. We will not be liable to you if any of these events happen. We are not responsible for the refusal of any merchant to accept or honor the Card or a credit card check.

**17. SECURITY:** Except as indicated below, you grant us a purchase money security interest in the goods purchased with your Card and in all insurance contracts and all proceeds, returned premiums, mechanical failure and extended service contracts, and refunds of charges for mechanical failure and extended service contracts financed therewith. Each good purchased on your Account will secure the entire Account balance until such good is paid in full. For purposes of determining which goods are subject to a security interest, payments received will be deemed to be

applied first to any unpaid insurance premiums or debt cancellation fees (if applicable), Finance Charges and fees and then to pay for purchases on the Account in the order in which they were made. When sufficient payments are made to repay the portion of the Account balance attributable to the purchase of a particular good, we will release our purchase money security interest in that good. Goods covered by a security interest may be taken from you if you do not pay on time. We may require you to make them available at a convenient place of our choice. We take no security interest in goods where the original purchase price is less than $200 if you live in New York and in goods where the original purchase price is less than $700 if you live in Maryland. If we repossess any goods purchased with your Card, we may charge you our repossession cost including, but not limited to, necessary repairs, storage fees and costs of sale, when and as permitted by law.

**18. DEFAULT:** You will be in default under this Agreement upon: (a) your failure to make at least the Total Minimum Payment Due when due; (b) your violation of any other provision of this Agreement; (c) your death; (d) your becoming the subject of bankruptcy or insolvency proceedings; (e) your becoming the subject of attachment, foreclosure, repossession, lien, judgement or garnishment proceedings; (f) your supplying us with misleading, false, incomplete or incorrect information; (g) our receipt of information that you are unable or unwilling to perform the terms or conditions of this Agreement; (h) your failure to supply us with any information we reasonably deem necessary; (i) our receipt of information from third parties, including credit reporting agencies, which indicates a delinquency or charge-off with other creditors; (j) your default under any other loan or agreement you have with us or any of our affiliates; (k) your moving out of the U.S. or Canada or providing us with a non-U.S. or non-Canadian mailing address; (l) your becoming incompetent; (m) your exceeding your credit limit; (n) your payment check being returned unpaid by your bank for any reason; (o) any credit card check being returned unpaid by us; or (p) your being in default under any other agreement or security agreement you have with us or with one of our affiliates.

Upon default, we have the right to (a) terminate your credit privileges under this Agreement, (b) terminate any Promotional Credit Plans and convert balances to a Regular Credit Plan, (c) require you to pay your entire Account balance including Promotional Credit Plan balances, all accrued but unpaid Finance Charges and other charges provided for in this Agreement immediately and (d) bring an action to collect all amounts owed.

**19. ARBITRATION:** Any claim, dispute, or controversy between you and us (whether based upon contract; tort, intentional or otherwise; constitution; statute; common law; or equity and whether pre-existing, present or future), including initial claims, counter-claims, cross-claims and third party claims, arising from or relating to this Agreement or the relationships which result from this Agreement, and except as provided below, the validity, enforceability, or scope of this arbitration provision, any part thereof or the entire Agreement ("Claim"), shall be resolved, upon the election of you or us, by binding arbitration pursuant to this arbitration provision and the applicable rules or procedures of the arbitration administrator selected at the time the Claim is filed. The party initiating the arbitration proceeding shall have the right to select one of the following arbitration administrators (the "Administrator"): the American Arbitration Association ("AAA") or the National Arbitration Forum ("NAF"). The arbitrator shall be a lawyer with more than ten years experience or a retired or former judge. We agree not to invoke our right to arbitrate an individual Claim you may bring in small claims court or an equivalent court, if any, so long as the Claim is pending only in that court. The rules and forms of the AAA and the NAF may be obtained by writing to these organizations at the addresses listed below. Our address for service of process under this provision is HSBC Bank Nevada, N.A., P.O. Box 849, Lake Forest, IL 60045.

Any participatory arbitration hearing that you attend will take place in the city nearest to your residence where a federal district court is located or at such other location as agreed by the parties. On any Claim you file, you will pay the first $50 of the filing fee. At your request we will pay the remainder of the filing fee and any administrative or hearing fees charged by the Administrator on any Claim submitted by you in arbitration up to a maximum of $1,500. If you are required to pay any additional fees to the Administrator, we will consider a request by you to pay all or part of the additional fees; however, we shall not be obligated to pay any additional fees unless the arbitrator grants you an award. If the arbitrator grants an award in your favor, we will reimburse you for any additional fees paid or owed by you to the Administrator up to the amount of the fees that would have been charged if the original Claim had been for the amount of the actual award in your favor. The parties shall bear the expense of their respective attorney's fees, except as otherwise provided by law. If a statute gives you the right to recover any of these fees, or the fees paid to the Administrator, these statutory rights shall apply in the arbitration notwithstanding anything to the contrary contained herein. If the arbitrator issues an award in our favor you will not be required to reimburse us for any fees we have previously paid to the Administrator or for which we are responsible.

This arbitration agreement is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act, 9 U.S.C. Sections 1 - 16 (the "FAA"). The arbitrator shall apply applicable substantive law consistent with the FAA and, if requested by either party, provide written reasoned findings of fact and conclusions of law. Judgment upon the award may be entered in any court having jurisdiction. The arbitrator's award will be final and binding except for: (a) any appeal right under the FAA; and (b) any appeal of Claims involving more than $100,000. For such Claims, any party may appeal the award to a three arbitrator panel appointed by the Administrator, which will reconsider de novo (i.e., in its entirety) any aspect or all aspects of the initial award that is appealed. The panel's decision will be final and binding, except for any appeal right under the FAA. Unless applicable law provides otherwise, the appealing party will pay the appeal's costs (i.e., the amounts owed to the Administrator and the arbitrators), regardless of its outcome. However, we will consider in good faith any reasonable request for us to bear up to the full costs of the appeal.

This arbitration agreement shall survive termination of your Account as well as the repayment of all amounts borrowed hereunder. If any portion of this arbitration agreement is deemed invalid or unenforceable under any law or statute consistent with the FAA, it shall not invalidate the remaining portions of this arbitration agreement or the Agreement. In the event of a conflict or inconsistency between the rules and procedures of the Administrator and this arbitration agreement, this arbitration agreement shall govern. Notwithstanding any language in this arbitration provision to the contrary, no arbitration may be administered, without the consent of all parties to the arbitration, by any organization that has in place a formal or informal policy that is inconsistent with and purports to override the terms of this arbitration provision, including the Class Action Waiver Provision defined below.

No class actions or private attorney general actions in court or in arbitration or joinder or consolidation of any claims in Court or in arbitration with other persons, are permitted without the written consent of you and us. The validity and effect of the preceding sentence (herein referred to as the "Class Action Waiver Provision") shall be determined exclusively by a court and not by the Administrator or any arbitrator. Neither the Administrator nor any arbitrator shall have the power or authority to waive, modify or fail to enforce the Class Action Waiver Provision, and any attempt to do so, whether by rule, policy arbitration decision or otherwise, shall be invalid and unenforceable.

**THE PARTIES ACKNOWLEDGE THAT THEY HAD A RIGHT TO LITIGATE CLAIMS THROUGH A COURT BEFORE A JUDGE OR JURY, BUT WILL NOT HAVE THAT RIGHT IF EITHER PARTY ELECTS ARBITRATION. THE PARTIES HEREBY KNOWINGLY AND VOLUNTARILY WAIVE THEIR RIGHTS TO LITIGATE SUCH CLAIMS IN A COURT BEFORE A JUDGE OR JURY UPON ELECTION OF ARBITRATION BY EITHER PARTY.**

You may contact, obtain the arbitration rules of, or file a Claim with AAA or NAF, as follows:

| American Arbitration Association | National Arbitration Forum |
|---|---|
| 335 Madison Avenue | P.O. Box 50191 |
| New York, NY 10017 | Minneapolis, MN 55405 |
| www.adr.org | www.adrforum.com |

As used in this arbitration provision, the term "we", "us", and "our" shall mean HSBC Bank Nevada, N.A., its parents, subsidiaries, affiliates, predecessors, successors, assigns, and each of their officers, directors, and employees.

**20. CHANGE OF TERMS: We may change or terminate any terms, conditions, services or features of your Account or this Agreement (including increasing your Finance Charges) at any time. We may also add new terms, conditions, services or features to your Account or this Agreement. We may impose any change in terms or any new terms on your outstanding balance as well as on subsequent transactions and balances. To the extent required by law, we will notify you in advance of any change in terms or any new terms by mailing a notice to you at your address as shown on our records. A change in the Annual Percentage Rate, pursuant to the variable rate provisions of this Agreement, shall not be considered a change in terms under this paragraph.**

**21. LIABILITY FOR UNAUTHORIZED USE:** You may be liable for the unauthorized use of your Card. You agree to notify us immediately upon learning of the possible unauthorized use of your Card. You will not be liable for unauthorized use that occurs after you notify us verbally or in writing. You may notify us in writing at HSBC Retail Services, P.O. Box 15521, Wilmington, DE 19850-5521, of the loss, theft, or possible unauthorized use of your Card. In any case, your liability will not exceed $50. However, unauthorized use does not include use by a person to whom you have given authority to use the Card, and you will be liable for all use by such a person. To terminate this authority, you must retrieve the Card from the previously authorized user and return it to us at HSBC Retail Services, P.O. Box 15521, Wilmington, DE 19850-5521, along with a letter explaining why you are doing so.

**22. LOST OR STOLEN CARD:** You agree to notify us immediately if your Card is lost or stolen, or if you think someone is using your Account without your permission. You may notify us by writing us at HSBC Retail Services, P.O. Box 15521, Wilmington, DE 19850-5521.

**23. LOST OR STOLEN CREDIT CARD CHECKS:** You agree to notify us immediately if any credit card checks are lost or stolen. You may notify us by writing us at HSBC Retail Services, P.O. Box 15521, Wilmington, DE 19850-5521.

**24. STOP PAYMENT:** If before a credit card check drawn on your Account has been honored, you notify us not to pay it, we will stop payment on the credit card check. You must send a written and signed stop payment order which states the number, payee, amount and date of the credit card check on which payment is to be stopped. If you call, you must confirm the call in writing within 14 days. A written stop payment will remain in effect for six months, unless renewed in writing.

**25. CARD CANCELLATION:** We can terminate or reduce your credit limit at any time and for any reason subject to the requirements of applicable law. Balances outstanding under this Agreement when your credit limit is reduced or terminated will continue to accrue Finance Charges until paid in full and are subject to all terms and conditions of this Agreement. You agree to return your Card(s) to us at any time we request.

**26. CLOSING YOUR ACCOUNT:** You can cancel or close your Account by writing to us at HSBC Retail Services, P.O. Box 15521, Wilmington, DE 19850-5521. Your notice becomes effective when we receive it. If you cancel or close your Account, you will still be responsible for all amounts owed us according to the terms of this Agreement. You agree to return your Card(s) to us.

**27. MONITORING PRACTICES:** You agree that our supervisory personnel may listen to and record telephone calls between you and our representatives in order to evaluate the quality of our service to you and other cardmembers.

**28. APPLICABLE LAW:** This Agreement and your Account shall be governed by, and interpreted under, federal law, including the Federal Arbitration Act, and the laws of the State of Nevada applicable to contracts made and to be performed therein without reference to principles of conflict

of laws. The legality, enforceability and interpretation of this Agreement and the amounts contracted for, charged and received under this Agreement will be governed by such laws. This Agreement is entered into between you and us in Nevada. We make decisions about granting credit to you from, and extend credit to you under this Agreement from, Nevada. Federal and Nevada law shall also apply to any controversy, claim or dispute arising from or relating in any way to the subject matter of this Agreement and/or your Account, including statutory, equitable and tort claims.

**29. CREDIT INVESTIGATION AND REPORTING:** You agree that we may investigate your credit, employment and income records and verify your credit references and also may report to credit reporting agencies, merchants, and other creditors the status and payment history of your Account.

**30. DISPUTED ACCURACY OF CREDIT REPORT:** If any specific information related to your Account, transactions or credit experience with us is inaccurate, you may notify us and request us to correct the inaccurate information (after confirmation of the alleged error) reported to any credit reporting agency by writing to us at HSBC Retail Services, P.O. Box 15521, Wilmington, DE 19850-5521.

**31. UPDATED FINANCIAL INFORMATION:** Upon request, you agree to promptly give us accurate updated financial information about yourself.

**32. DELAY TAKING ACTION:** We will not lose any of our rights under this Agreement if we delay taking action for any reason. To the extent allowed by law, we may take other action not described in this Agreement, and by doing so will not lose our rights under this Agreement.

**33. CHANGE OF NAME, ADDRESS, OR EMPLOYMENT:** You agree to give us 10 days advance notice of any change in your name, mailing address, telephone number, or place of employment. You agree the Department of Motor Vehicles may release your residence address to us should it become necessary to locate you.

**34. ASSIGNMENT OF ACCOUNT:** We may sell, assign, or transfer your Account or any portion thereof without notice to you. You may not sell, assign or transfer your Account.

**35. SEVERABILITY:** If any provision of this Agreement is finally determined to be void or unenforceable under any law, rule or regulation, all other provisions of this Agreement will remain valid and enforceable.

**36. NOTICE FOR CALIFORNIA RESIDENTS:** California law requires that we inform customers that should they fail to fulfill the terms of their credit obligation, a negative report reflecting on their credit record may be submitted to a credit reporting agency. If you are married, you may apply for credit in your own name.

**37. NOTICE FOR FLORIDA RESIDENTS: You (borrower) agree that, should we obtain a judgment against you, a portion of your disposable earnings may be attached or garnished (paid to us by your employer), as provided by Florida and Federal law.**

**38. NOTICE FOR MAINE RESIDENTS:** We may request a consumer report in connection with your application for credit. You may ask whether a consumer report was obtained by us and we will tell you the name and address of the consumer reporting agency, if a report was obtained.

**39. NOTICE FOR NEW YORK RESIDENTS:** A consumer credit report may be requested in connection with this application or in connection with updates, renewals or extensions of any credit granted as a result of this application. Upon your request, you will be informed whether or not such a report was requested and, if so, the name and address of the agency that furnished the report. New York residents may contact the New York state banking department to obtain a comparative listing of credit card rates, fees and grace periods. New York State Banking Department: 1-800-522-3330.

**40. NOTICE FOR OHIO RESIDENTS:** The Ohio Laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**41. NOTICE FOR VERMONT RESIDENTS:** A consumer credit report may be requested in connection with this application or in connection with updates, renewals or extensions of any credit granted as a result of this application. Upon your request, you will be informed whether or not such a report was requested and, if so, the name and address of the agency that furnished the report.

**The information about the costs of the Card described in this Cardholder Agreement and Disclosure Statement is accurate as of September, 2009. This information may have changed after that date. To find out what may have changed write to us at 1111 Town Center Drive, Las Vegas, Nevada 89144.**

## YOUR BILLING RIGHTS—KEEP THIS NOTICE FOR FUTURE USE

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

**Notify Us In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address listed on your bill. Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error.
- If you need more information, describe the item you are not sure about.

**Your Rights and Our Responsibilities After We Receive Your Written Notice:** We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the bill was correct.

After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent. We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. If we find that we made a mistake on your bill, you will not have to pay any finance charges related to any questioned amount. If we didn't make a mistake, you may have to pay finance charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due.

If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within ten days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your bill. And, we must tell you the name of anyone we reported you to. We must tell anyone we report you to that the matter has been settled between us when it finally is.

If we don't follow these rules, we can't collect the first $50 of the questioned amount, even if your bill was correct.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of property or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the property or services. There are two limitations on this right: (a) You must have made the purchase in your home state or, if not within your home state within 100 miles of your current mailing address; and (b) The purchase price must have been more than $50. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

## Español

**AVISO PARA LOS RESIDENTES DE WISCONSIN CASADOS:** Ninguna disposición de un convenio sobre bienes matrimoniales (incluyendo un Convenio de Clasificación de Bienes Maritales Terminable Estatutariamente bajo la Sec. 766.588 de los Estatutos de Wisconsin, o de un Convenio de Clasificación de Bienes Personales Terminable Estatutariamente bajo la Sección 766.70) tiene un efecto adverso para los intereses del acreedor, a menos que el acreedor, antes del momento en que se concede el crédito, reciba copia del convenio, relación o decreto, o tenga conocimiento real de la disposición adversa cuando se contrae la obligación para con el acreedor.

## ACUERDO DE TARJETAHABIENTE Y DECLARACIÓN INFORMATIVA

**1. GENERAL:** Cada persona que firme y remita o que remita electrónicamente o telefónicomente una solicitud de cuenta de tarjeta de crédito ("Cuenta") como solicitante o co-solicitante, solicita una cuenta con HSBC Bank Nevada, N.A., una asociación bancaria nacional domiciliada en Las Vegas, Nevada, y solicita una o más tarjeta(s) de crédito con el nombre y el logotipo de Best Buy para que sea(n) usada(s) en relación con la Cuenta. La palabra "Tarjeta" significa cualquier tarjeta de crédito emitida a usted o a un usuario autorizado de su Cuenta. En este Acuerdo, las palabras "usted" y "su" se refieren a todas las personas mencionadas en la solicitud de tarjeta de crédito y las palabras "nosotros", "nos" y "nuestro" se refieren a HSBC Bank Nevada, N.A. domiciliada en 1111 Town Center Drive, Las Vegas, Nevada 89144. Si, sobre la base de su capacidad de crédito, determinamos que usted no califica para el Programa A, usted acuerda que podremos considerarlo para una cuenta con los términos y condiciones del Programa B. Si está aprobado para el Programa B, usted conviene sus términos y condiciones.

Si su solicitud es aprobada, a los fines de este acuerdo el "solicitante" se denominará "titular de tarjeta primario" y el "solicitante conjunto" se denominará "titular de tarjeta secundario".

Si nosotros aceptamos su solicitud para abrir una Cuenta, usted conviene en que comprará bienes y servicios solamente para fines personales, familiares y domésticos, a los comerciantes que aceptan la Tarjeta.

**2. ACEPTACIÓN DEL CONVENIO:** Al a) firmar y remitir o que remitir electrónicamente o telefónicomente la solicitud, usar o permitir a otros que usen la Tarjeta; b) firmar o permitir a otros que firmen recibos de venta; o c) hacer o permitir a otros que hagan compras por teléfono, Internet u otros medios — usted conviene en los términos y condiciones del Convenio de Tarjetahabiente y de Declaración Divulgatoria que incluye una disposición acerca del arbitraje.

**3. PROMESA DE PAGO:** Usted conviene en pagar toda cantidad cargada a la Cuenta, ya sea contraída por usted o por cualquier persona a la que usted autorice o permita usar su Cuenta o Tarjeta. Si la Cuenta es una Cuenta mancomunada, el solicitante y el solicitante conjunto, cada cual, convienen en pagar y son responsables mancomunadamente y solidariamente de todas las cantidades cargadas a la Cuenta, independientemente de un divorcio u otro procedimiento legal o acuerdo que afecte la responsabilidad entre el solicitante y el solicitante conjunto. Si uno de ustedes nos da aviso de que renuncia a su responsabilidad por las cantidades adeudadas bajo este Convenio, nosotros podremos cerrar la Cuenta. En ese caso, usted seguirá pagando el saldo pendiente bajo los términos de este Convenio. No obstante, usted no podrá efectuar cargos nuevos a la Cuenta.

**4. CAPACIDAD PARA PAGAR:** Cuando usted use la Cuenta o permita a otras personas que usen la Cuenta, usted declara que tiene la capacidad y el propósito para pagar todas las sumas cargadas a la cuenta.

**5. ESTADO DE CUENTA:** Nosotros le enviaremos mensualmente un estado de cuenta por cada ciclo de facturación en que usted tenga un saldo de débito o crédito en exceso de $1.00, o en que

se haya impuesto un Cargo de Financiamiento. El estado de cuenta indicará todas las compras, Cargos de Financiamiento y otros cargos o cuotas, incluyendo el seguro por cuentas incobrables o cancelación de deuda (si aplicable) así como todos los pagos y demás créditos asentados a su Cuenta durante el ciclo de facturación. El estado de cuenta indicará la cantidad adeudada en su Cuenta. La cantidad total adeudada se llama "Nuevo Saldo" en su estado de cuenta, sujeto a los términos de las compras bajo el Plan de Crédito Promocional, de haberlo, según se indica a continuación.

**6. PLANES DE CRÉDITO PROMOCIONALES:** Los siguientes Planes de Crédito Promocionales podrían ser ofrecidos de cuando en cuando, según se especifique antes de o en el momento de la compra: a) Plan de Crédito con Pago Mensual Diferido – no se adeuda un Pago Mensual Mínimo durante un período determinado; b) Plan de Crédito con Cargo de Financiamiento Prescindido – no se imponen Cargos de Financiamiento sobre las compras durante un período determinado, siempre y cuando se pague el Pago Total Mínimo Adeudado cuando se venza en cada ciclo de facturación; c) Plan de Crédito con Cargos de Financiamiento Prescindidos/Pago Mensual Diferido – no se imponen Cargos de Financiamiento sobre la compra durante un período determinado y no se adeudarán Pagos Mensuales Mínimos durante un período determinado; d) Plan de Crédito Igual que Efectivo/Pago Mensual – Si usted paga el precio de venta total en efectivo de la compra antes de la fecha de vencimiento promocional que se indica en su estado de cuenta y paga el Pago Total Mínimo Adeudado cuando se venza en cada ciclo de facturación, como se indica en su estado de cuenta, no se imponen Cargos de Financiamiento sobre la compra. Si no se hace el pago por completo en dicha forma, los Cargos de Financiamiento se imponen desde la fecha de compra; e) Plan de Crédito Igual que Efectivo/Pagos Mensuales Diferidos – Si usted paga el precio de venta total en efectivo de la compra antes de la fecha de vencimiento promocional indicada en su estado de cuenta, no se imponen Cargos de Financiamiento sobre la compra. Si no se hace el pago por completo antes de para esa fecha, los Cargos de Financiamiento se imponen desde la fecha de compra. No se adeudarán Pagos Mensuales Mínimos antes de la fecha de vencimiento de la promoción, según se indique en su estado de cuenta; f) Plan de Crédito con Tasa Reducida – Se aplica a la compra una tasa reducida durante el período determinado siempre y cuando se haga el Pago Total Mínimo Adeudado cuando se venza en cada ciclo de facturación; g) Plan con Factor de Pago Especial – Se aplica a la compra un factor de pago especial durante el período determinado siempre y cuando se haga el Pago Total Mínimo Adeudado cuando se venza en cada ciclo de facturación; h) Plan de Crédito con Factor de Pago Especial/Tasa Reducida – Se aplican a la compra un factor de pago especial y una tasa periódica reducida durante el período determinado siempre y cuando se haga el Pago Total Mínimo Adeudado cuando se venza en cada ciclo de facturación. Todas las compras que no correspondan a un Plan de Crédito Promocional se llaman compras en Plan de Crédito Normal. **Hay ciertas reglas que se aplican en relación a la asignación de pagos y cargos de financiamiento en su compra promocional si usted hace más de una compra con su Tarjeta. Para obtener más información llame al 1-888-367-4310 o vea el inciso Aplicación de Pagos de este Convenio.**

**7. CARGOS DE FINANCIAMIENTO:** (a) Los Cargos de Financiamiento, que son parte del interés sobre su Cuenta, se calculan por separado para cada Plan de Crédito Promocional y cada Plan de Crédito Normal (cada cual llamado un "Plan de Crédito"). Para estos fines, los Planes de Crédito Promocionales con fechas de vencimiento o términos diferentes se tratan como Planes de Crédito diferentes. El Cargo de Financiamiento total para cada ciclo de facturación es la cantidad de los Cargos de Financiamiento por cada Plan de Crédito, sujeto al Cargo de Financiamiento mínimo bajo la Sección 8.

(b) Se imponen Cargos por Financiamiento sobre las compras desde la fecha de la transacción hasta que sean pagadas en su totalidad, con la excepción de que no se aplicarán Cargos por Financiamiento en un ciclo de facturación en los siguientes casos:

(i) compras nuevas con un Plan de Crédito Normal, de Pagos Mensuales Diferidos, Tasa Reducida o Plan de Crédito basado en un Factor de Pago Especial, si el Saldo Anterior combinado de estos Planes de Crédito al iniciar el ciclo o el saldo de crédito es cero, o si es pagado en su totalidad antes de la Fecha de Vencimiento de Pago que cae dentro del ciclo;

(ii) saldos de un Plan de Crédito Normal, de Pagos Mensuales Diferidos, Tasa Reducida o Plan de Crédito basado en un Factor de Pago Especial, si el Saldo Anterior combinado de estos Planes de Crédito al iniciar el ciclo o el saldo de crédito es cero o un saldo a favor, o si es pagado en su totalidad antes de la Fecha de Vencimiento de Pago que cae dentro del ciclo;

(iii) compras con un Plan de Crédito con Cargo por Financiamiento Exento para el período promocional especificado;

(iv) compras con un Plan de Crédito Equivalente a Efectivo si se paga en su totalidad el precio de venta en efectivo antes de la fecha de vencimiento de la promoción.

(c) Si se impone un Cargo por Financiamiento a un Plan de Crédito distinto que el Plan de Crédito Equivalente a Efectivo, el importe se determinará multiplicando la Tasa Periódica Diaria correspondiente por el Saldo Diario del Plan de Crédito para cada día en el ciclo, y luego se sumarán los resultados de estos cálculos.

(d) Si se impone un Cargo por Financiamiento en un Plan de Crédito Equivalente a Efectivo durante un ciclo, el importe será igual a la suma de los siguientes cálculos de Cargos por Financiamiento diarios para el Plan de Crédito durante el ciclo actual y en cada uno de los ciclos de facturación anteriores (cada uno de ellos, un "Ciclo Anterior") desde la fecha de la transacción de compra hasta el ciclo actual: (i) la Tasa Periódica Diaria aplicable para el Ciclo

Case 12-20662 Doc# 30-4 Filed 09/17/12 Page 6 of 9

Actual multiplicado por el Saldo Diario correspondiente a cada día en el ciclo actual; y (ii) la Tasa Periódica Diaria aplicable para cada Ciclo Anterior multiplicado por los Saldos Diarios del Plan de Crédito para cada día durante cada Ciclo Anterior.

(e) El "Saldo Diario" de un Plan de Crédito se determina cada día tomando el saldo inicial del Plan de Crédito para ese día y luego sumando 1) todas las compras nuevas realizadas con el Plan de Crédito ese día, 2) los Cargos por Financiamiento del día anterior, 3) las primas de seguro sobre el crédito o los cargos por cancelación de deuda (si corresponden) incurridas ese día, y 4) todos los cargos por morosidad, cargos por sobrelímite, cargos por cheque devuelto y demás cargos incurridos ese día, y luego restando los pagos o créditos aplicados al Plan de Crédito ese día. Para un Plan de Crédito Equivalente a Efectivo, las primas de seguro sobre el crédito o los cargos por cancelación de deuda (si corresponden) no se incluyen en el Saldo Diario del Plan de Crédito durante el período promocional. Si una compra en un Plan de Crédito se asienta después de iniciado un ciclo de facturación, pero la transacción se realizó antes del inicio del ciclo de facturación, el importe de dicha transacción más los Cargos por Financiamiento correspondientes a cada día desde la fecha de la transacción hasta el primer día del ciclo de facturación en el cual se asienta la transacción, se sumarán al Saldo Diario del Plan de Crédito en el primer día del ciclo de facturación en el que se asienta la transacción.

(f) La Tasa Periódica Diaria que se usa para determinar sus Cargos de Financiamiento y la Tasa Periódica Anual correspondiente serán tasas variables que pueden cambiar mensualmente. La Tasa Periódica Diaria será un trescientos sesenta y cincoavo de la cantidad de la o las tasas Prime Rate mas alta publicadas en el periódico financiero *The Wall Street Journal* en la sección titulada "Money Rate Section" el primer o el último día del mes en que se publique *The Wall Street Journal*, más un "Margen" de **24.74** puntos porcentuales para la Tasa Estándar, y un margen de **26.74** puntos porcentuales para la Tasa por Incumplimiento. Todo cambio en la tasa Prime Rate entrará en vigencia el primer día de su ciclo de facturación, comenzando el mes siguiente. Por ejemplo, al ciclo de facturación iniciando el 1 de septiembre del año 2009, el **Cargo de Financiamiento** para la Tasa Estándar hubiera sido una Tasa Periódica Diaria del **.07668%** (correspondiente a una **Tasa Porcentual Anual del 27.99%**) y el Cargo de Financiamiento para la Tasa por Incumplimiento hubiera sido una Tasa Periódica Diaria del **.08216%** (correspondiente a una **Tasa Porcentual Anual del 29.99%**). Un aumento en la tasa Prime Rate aumentará su Tasa Periódica Diaria correspondiente, lo que podría aumentar el Cargo de Financiamiento y el Pago Mensual Mínimo adeudado para su Cuenta. Usted será elegible para recibir la tasa estándar a menos que omita pagar el Pago Mínimo Total Adeudado en la fecha indicada en su estado de cuenta en una o dos oportunidades en 12 meses consecutivos.

**8. CARGO DE FINANCIAMIENTO MÍNIMO:** Se impondrá un **Cargo de Financiamiento** mínimo de $2.00 por cada ciclo de facturación en que se deba pagar un Cargo de Financiamiento.

**9. CARGOS:** Nosotros podemos imponer sobre su Cuenta los cargos siguientes, que se agregarán a su Cuenta cuando se les imponga:

a) **Recargo por Pago Moroso:** El recargo por pago moroso se basará en su saldo de cuentas combinadas (menos el saldo acreedor por pago mensual demorado) en el momento de la fecha de pago. Si deja de pagar el importe mínimo debido en su totalidad a la fecha de vencimiento del pago del extracto de facturación, usted acepta el pago de un recargo por pago moroso de $35 para un saldo de cuentas combinadas de $250 o menos; $39 para un saldo de cuentas combinadas entre $250.01 o más.

b) **Recargo por Cheque Devuelto:** Usted conviene en pagar $39 cada vez que un cheque de pago de su Cuenta sea devuelto sin pagar por su banco u otra institución financiera, por el motivo que sea.

c) **Honorarios por Documentos e Investigación:** Si nos solicita que le enviemos una copia fiel de su comprobante de venta, el estado de su cuenta u otro documento (excepto alguno relacionado a un error en el estado de cuenta reclamado de acuerdo a "Sus derechos sobre el estado de cuenta"), tendremos que adicionarle los siguientes cargos: (i) Estado de cuenta: $5 por estado de cuenta (ii) Nota de débito/crédito: $5 por transacción; (iii) Medio de pago: $5 por pago; y, (iv) Cargos por investigación: $15 por hora. Historial de pago: Se le cobrarán los cargos aplicables por investigación más los siguientes cargos detallados. Por consultas relacionadas a la actividad de su cuenta dentro de los últimos 12 meses - $7.50; por actividad dentro de los últimos 13 a 48 meses - $11.25; y por actividad dentro de los últimos 49 a 72 meses - $22.50. Nos reservamos el derecho de cambiar la Lista de cargos por documentación e investigación periódicamente. Comuníquese con el Servicio al cliente para obtener una lista de cargos actualizada.

d) **Cargo por Tarjeta Reexpedida:** Se le puede cobrar $5 cada vez que se vuelva a expedir su tarjeta de crédito.

e) **Cargo por Cheque Directo:** En caso de que usted pague su cuenta con un cheque directo usted conviene en pagar hasta $15 por cada cheque directo. Nosotros nos reservamos el derecho de cambiar de cuando en cuando el cargo por cheque directo. Usted puede llamar a Servicio al Cliente para pedir la lista de cargos actual.

f) **Recargo por Sobrelímite:** En caso de que usted exceda su límite de crédito, se le cobrará un recargo por sobrelímite de $0.

g) **Costos de Cobranza:** Si después de su incumplimiento, nosotros remitimos su Cuenta para su cobranza a un abogado y(o) agencia de cobros, podemos cobrarle nuestros costos de cobranza, incluyendo los costos judiciales y los honorarios razonables de abogados, cuando y según lo permita la ley vigente.

**10. SEGURO:** Si disponible y usted opta por la cobertura del seguro contra deudas incobrables, usted nos autoriza cargar mensualmente a su Cuenta la prima de seguro por dicha cobertura. Usted comprende que la cantidad de la prima del seguro se basa en los Saldos Promedios Diarios de su Cuenta para el ciclo de facturación en que se cobre la prima. Los cargos por el seguro contra deudas incobrables comienzan a acumularse desde la fecha de la transacción de todas las compras hechas con su Cuenta.

**11. CANCELACIÓN DE DEUDA:** Si usted dispone de esta facilidad y opta por ella, usted nos autoriza a aplicar el cargo correspondiente a dicha cancelación de deuda a su Cuenta en forma mensual. Usted entiende que el monto del cargo por cancelación de deuda se basa en los Saldos Diarios Promedios de su Cuenta para el ciclo de facturación en el cual se aplica dicho cargo. Los cargos por cancelación de deuda comienzan a acumularse a la fecha de la transacción respecto a todas las compras realizadas sobre su Cuenta.

**12. PAGO MENSUAL MÍNIMO:** Usted acuerda pagarnos al menos el Monto Total del Pago Mínimo, reflejado en su estado de cuenta. Si lo desea, puede pagar más del Monto Total del Pago Mínimo y pagar el resto en otro momento. El Monto Total del Pago Mínimo es igual al Pago Mensual Mínimo más el Factor de Amortización Especial de cualquier Plan de Crédito Promocional con un Factor de Amortización Especial, más cualquier cargo por cancelación de deuda o prima de seguro de crédito atribuible a cualquier tipo Reducido/Plan de Crédito con un Factor de Amortización Especial, más cualquier saldo adeudado. El Pago Mensual Mínimo es el mayor de a.) $10 o b.) 1% de su "Nuevo Saldo" (que no incluye los saldos de los Planes de Crédito con un Factor de Amortización Especial) más las Cargas financieras facturadas más cualquier Cargo atrasado gravado ese mes, redondeado hacia el monto próximo más alto. Su estado de cuenta mensual incluirá los requisitos para que usted continúe realizando los pagos, incluidas las horas límite de recepción de pagos, que pueden afectar la acreditación de los mismos.

**13. RESTRICCIONES DE PAGO:** Todos los pagos se deben enviar por correo o entregar a la dirección del Centro de Procesamiento de Pagos que se indica en su estado de cuenta mensual. Todos los pagos se tienen que efectuar con cheque o giro de dinero. Al enviarnos un cheque para el pago de su cuenta, usted nos autoriza a usar información de su cheque para iniciar una transferencia electrónica de fondos desde su cuenta, de conformidad con los términos y condiciones del cheque, o procesar esta transacción como cheque. Cuando usemos su cheque para hacer una transferencia electrónica de fondos, los fondos podrán ser retirados de su cuenta el mismo día en que recibamos su pago, y el cheque no le será devuelto por el banco. Si usted no quiere que los cheques sean convertidos en una transferencia electrónica de fondos, sírvase llamar al Departamento de Cliente. No nos puede enviar por correo dinero en efectivo. Usted conviene en que todo pago se le puede devolver si su cheque: (a) no está librado en dólares de EE.UU. sobre dinero en depósito en los EE.UU.; (b) no tiene alguna firma; (c) se libra con cantidades distintas en números y letras; (d) está endosado retroactivamente; (e) posfechado; (f) está librado contra una cuenta de crédito expedida por HSBC Bank Nevada, N.A. o una de sus afiliadas; (g) no se paga a su presentación. **Sin embargo, si usted desea que nosotros tengamos en cuenta un pago marcado "pagado por completo", "sin recurso" o con un lenguaje similar, dicho pago se debe marcar para manejo especial y se debe enviar a HSBC Retail Services, P.O. Box 15521, Wilmington, DE 19850-5521.** Usted conviene en que nosotros podemos aceptar cualquiera de dichos pagos, pagos morosos, pagos parciales y pagos marcados "pagado por completo", "sin recurso" o distintamente endosados de forma restrictiva, sin por ello renunciar a nuestro derecho al pago del saldo de su Cuenta.

**14. APLICACIÓN DE PAGOS:** Sus pagos serán repartidos de la forma en que nosotros determinemos, de acuerdo con la ley vigente, y ello podría cambiar de cuando en cuando. Su Crédito Disponible será aumentado en la cantidad de su pago dentro de los 14 días después de que se reciba dicho pago. **Si usted tiene un Plan de Crédito Igual que Efectivo (o Same As Cash) con fecha de vencimiento en el ciclo de facturación en curso o en el próximo ciclo de facturación, y usted hace un pago antes de la fecha de vencimiento que cubra todos los pagos mínimos vencidos más el total de su saldo en el plan Igual que Efectivo, automáticamente aplicaremos ese pago primero al pago mínimo y luego al plan que esté por vencerse. En cualquier otro tiempo los pagos se aplicarán como sigue: (1) pagos mínimos vencidos; (2) planes con cargos de financiamiento vencidos; y (3) Planes Igual que Efectivo en el orden de su vencimiento. Si usted desea que se aplique su pago en algún otro orde, puede hacerlo llamando al número de Servicios a Clientes que aparece en la primera página, equina derecha superior, de su estado de cuenta.**

**15. LÍMITE DE CRÉDITO:** Usted conviene en no dejar que el saldo de la Cuenta exceda el límite de crédito que nosotros establezcamos para usted de cuando en cuando. Nosotros no tenemos que aceptar el uso de su Tarjeta ni aceptar cheques de tarjeta de crédito que harían que usted exceda su límite de crédito, pero si lo hacemos, usted conviene en pagar inmediatamente la cantidad en la cual se excede el límite de crédito, más los Cargos de Financiamiento.

**16. AUTORIZACIONES DE CRÉDITO:** Algunas compras requerirán nuestra autorización previa y el comerciante podría pedirle que le muestre alguna identificación. Si nuestro sistema de autorización no está funcionando, podría no sernos posible autorizar una transacción, aunque usted tenga suficiente crédito disponible. No seremos responsables ante usted si llega a suceder cualquiera de estos casos. No somos responsables por el rechazo o la aceptación de la tarjeta o de un cheque de tarjeta de crédito por parte de cualquier comerciante.

**17. GARANTÍA:** Salvo por lo indicado a continuación, usted nos otorga un interés de garantía respecto del pago del precio de de compra en todos los bienes comprados con su Tarjeta, y en todos los contratos de seguro y toda indemnización, prima devuelta, contrato por falla del constructor y servicio extendido, y reembolsos de cargos por contratos por fallas del constructor y servicio extendido financiado con la misma. Cada bien adquirido por medio de su cuenta garantizará todo el saldo de la cuenta hasta tanto dicho bien sea pagado en su totalidad. A los fines de determinar qué bienes están sujetos a una garantía prendaria, se considerará que los pagos recibidos serán aplicables en primer lugar a cualquier prima de seguro o cargo por cancelación de deudas impagos (si corresponden), cargos financieros y honorarios, y luego al pago de compras en la cuenta, en el

orden en que hayan sido realizadas. Cuando se hagan pagos suficientes como para amortizar la parte del saldo de la cuenta atribuible a la compra de un bien particular, dejaremos sin efecto nuestro derecho de garantía sobre el dinero de compra correspondiente a ese bien. Los bienes cubiertos por un derecho de garantía pueden ser incautados si el titular no hace el pago puntualmente. Podemos exigirle que los ponga a nuestra disposición en un lugar conveniente de nuestra elección. Si los bienes están instalados en su hogar, no haremos valer el derecho de garantía; tampoco lo haremos valer respecto de los bienes adquiridos con tarjetas de crédito y cheques. No aplicamos ningún derecho de garantía sobre bienes cuyo precio de compra original sea inferior a $200, si usted vive en Nueva York, y sobre bienes cuyo precio de compra original sea inferior a $700, si usted vive en Maryland. En caso de que procedamos a recuperar la posesión de cualquier artículo adquirido con su tarjeta, es posible que usted deba pagar los cargos de recuperación. Estos incluyen, sin ninguna limitación, las reparaciones necesarias, los cargos de almacenamiento y los costos de venta, cuándo y en la forma en que lo permita la ley.

**18. INCUMPLIMIENTO:** Usted estará en estado de incumplimiento bajo este Convenio cuando: (a) usted no haga por lo menos el Pago Total Mínimo Adeudado cuando se venza; (b) esté en violación de cualquier disposición distinta de este Convenio; (c) usted fallezca; (d) usted sea objeto de procedimientos de bancarrota o insolvencia; (e) usted sea objeto de procedimientos de embargo, ejecución de hipoteca, reposesión, gravamen, juicio o decomiso; (f) usted nos proporcione información engañosa, falsa, incompleta o incorrecta; (g) nosotros recibamos información de que usted es incapaz de o que no quiere cumplir los términos o condiciones de este Convenio; (h) usted no nos proporcione la información que nosotros razonablemente consideremos necesaria; (i) usted nos proporcione información de terceros, incluyendo agencias de informes de crédito que indiquen alguna morosidad o dada de baja con otros acreedores; (j) esté en incumplimiento de cualquier préstamo o convenio distinto que tenga con nosotros o cualquiera de nuestras afiliadas; (k) su traslado a un lugar fuera de los Estados Unidos o el Canadá o bien el proporcionarnos una dirección de correo que no pertenezca a los países mencionados; (l) usted quede incompetente; (m) usted exceda su límite de crédito; (n) su cheque de pago sea devuelto sin pagar por su banco por el motivo que sea; (o) nosotros devolvamos sin pagar cualquier cheque de tarjeta de crédito; o (p) usted esté en incumplimiento bajo cualquier convenio o convenio de fianza distinto que tenga con nosotros o cualquiera de nuestras afiliadas.

Cuando ocurra el incumplimiento, nosotros tenemos el derecho de: (a) terminar sus privilegios de crédito bajo este Convenio; (b) terminar todo Plan de Crédito Promocional y convertir los saldos a un Plan de Crédito Normal; (c) exigirle que pague inmediatamente la totalidad del saldo de su Cuenta, incluyendo los saldos de los Planes de Crédito Promocionales, todos los Cargos de Financiamiento acumulados y sin pagar, así como los demás cargos dispuestos en este Convenio y (d) entablar una acción para cobrar todas las cantidades adeudadas.

**19. ARBITRAJE:** Toda demanda, disputa o controversia entre usted y nosotros (ya sea que se base en un contrato; hecho ilícito, intencional o de otra naturaleza; constitución; ley; derecho consuetudinario o de "equity"; ya sea pasado, presente o futuro) incluso demandas iniciales, contrademandas, demandas recíprocas y demandas de terceros, que surjan de este Contrato o estén relacionadas con él, o de las relaciones resultantes de este Contrato y, con excepción de lo dispuesto más adelante, la validez, exigencia de cumplimiento o alcance de esta cláusula de arbitraje, una parte de ella o la totalidad del Contrato ("Demanda"), se resolverá a su elección o la nuestra, mediante arbitraje vinculante conforme a lo dispuesto en esta cláusula y las reglas o procedimientos aplicables del administrador del arbitraje que se seleccione en el momento de la presentación de la Demanda. La parte que inicie el procedimiento de arbitraje tendrá derecho a seleccionar uno de los siguientes administradores para el arbitraje (el "Administrador"): el American Arbitration Association ("AAA") o el National Arbitration Forum ("NAF"). El árbitro deberá ser un abogado con más de diez años de experiencia, un juez jubilado o un ex juez. Convenimos en no invocar nuestro derecho de arbitrar una Demanda individual que usted pueda iniciar en tribunales de demandas menores o en un tribunal equivalente, siempre que la Demanda sea tramitada sólo en ese tribunal. Las normas y los formularios del AAA y el NAF se pueden solicitar escribiendo a dichas organizaciones a las direcciones que se detallan más abajo. Nuestro domicilio para la atención de procesos conforme a esta disposición es: HSBC Bank Nevada, N.A., P.O. Box 849, Lake Forest, IL 60045. Toda audiencia de arbitraje en la que usted esté presente se llevará a cabo en la ciudad más cercana a su residencia donde haya un tribunal de distrito federal o en otra localidad que convengan las partes. Por cada Demanda que usted presente, deberá pagar los primeros $50 del arancel de presentación. Si usted lo solicita, pagaremos el resto de dicho arancel y los gastos administrativos o de las audiencias que cobre el Administrador sobre toda Demanda que usted presente para arbitraje, hasta un máximo de $1,500. En caso de que se le exija pagar otros aranceles al Administrador, consideraremos su pedido de pagar la totalidad o parte de los aranceles adicionales; sin embargo, no estaremos obligados a pagar aranceles adicionales, a menos que el laudo arbitral le resulte favorable a usted. Si el árbitro le otorga a usted un laudo favorable, le reintegraremos los aranceles adicionales pagados por usted o que usted deba al Administrador, hasta el monto que se habría cobrado si la Demanda original hubiera sido por el monto del laudo real a su favor. Las partes serán responsables de pagar los honorarios de sus respectivos abogados, excepto que exista una cláusula en contrario establecida por la ley. Si una reglamentación le da el derecho de recuperar cualquiera de estos honorarios, o los aranceles pagados al Administrador, estos derechos reglamentarios se aplicarán al arbitraje sin perjuicio de que exista alguna cláusula en contrario en el presente. Si el laudo del árbitro nos favorece, usted no deberá reembolsarnos ningún arancel u honorario que hayamos pagado previamente al Administrador o por los cuales seamos responsables.

Este convenio de arbitraje se aplica a una operación comercial que involucra el comercio interestatal, y se regirá por la Ley Federal de Arbitraje, Código de los Estados Unidos 9, Artículos 1 a 16 ("FAA"). El árbitro aplicará el derecho sustantivo relevante conforme a la FAA y, si alguna de las partes lo solicita, proveerá por escrito los hallazgos fundamentados de hecho y las conclusiones de la ley. La sentencia sobre el laudo se podrá presentar en cualquier tribunal competente. El laudo del árbitro será definitivo y de cumplimiento obligatorio, excepto para: (a) cualquier derecho de apelación conforme a la FAA; y (b) cualquier apelación de Demandas que importen un monto superior a $100,000. En el caso de las Demandas mencionadas, cualquiera de las partes podrá apelar el laudo ante un panel de tres árbitros designado por el Administrador, el cual reconsiderará "de novo" (es decir, en su totalidad) cualquier aspecto o todos los aspectos del laudo inicial que sea apelado. La decisión del panel será definitiva y de cumplimiento obligatorio, excepto en el caso de cualquier derecho de apelación conforme a la FAA. A menos que la ley aplicable disponga lo contrario, la parte que interponga la apelación pagará los costos de la misma (es decir, los montos adeudados al Administrador y a los árbitros), independientemente de su resultado. Sin embargo, consideraremos de buena fe cualquier pedido razonable para que nos hagamos responsables del pago de la totalidad de los costos de la apelación.

Este convenio de arbitraje mantendrá su vigencia después de la extinción de su Cuenta, así como el reembolso de todos los montos dados en préstamo conforme al presente. Si cualquier parte de este convenio de arbitraje se considerara no válida o no se pudiera exigir su cumplimiento en virtud de una ley o reglamentación conforme a la FAA, dicha parte no invalidará el resto de las disposiciones de este convenio de arbitraje ni del Contrato. En caso de conflicto o incongruencia entre las normas y los procedimientos del Administrador y este convenio de arbitraje, este último será el que rija. No obstante cualquier frase de esta cláusula de arbitraje que establezca lo contrario, la administración del arbitraje no podrá ser realizada, sin el consentimiento de todas las partes del arbitraje, por ninguna organización que cuente con una política formal o informal que no sea consistente con los términos de esta cláusula de arbitraje, o bien cuyo fin sea suprimirlos, incluida la cláusula de renuncia a la categoría de acciones definida a continuación.

No se permitirán acciones colectivas y tampoco acciones privadas entabladas mediante procurador general en un tribunal o en arbitraje, como tampoco acumulación o consolidación de demandas con las de otras personas en un tribunal o en arbitraje, sin el consentimiento por escrito otorgado por usted y por nosotros. La validez y el efecto de la cláusula anterior (en el presente denominada "cláusula de renuncia a la categoría de acciones") serán determinados exclusivamente por un tribunal y no por el administrador o por un árbitro. Ni el administrador ni ningún árbitro tendrán la facultad o la autoridad de exceptuar, modificar o exigir el cumplimiento de la cláusula de renuncia a la categoría de acciones; cualquier intento en este sentido, sea por norma, decisión de una política del arbitraje o de otro modo, será considerado no válido y su cumplimiento no podrá exigirse.

**LAS PARTES RECONOCEN QUE TENÍAN DERECHO A LITIGAR EN UN TRIBUNAL ANTE UN JUEZ O JURADO, PERO QUE NO TENDRÁN TAL DERECHO SI ALGUNA DE LAS PARTES ELIGE EL MÉTODO DE ARBITRAJE. POR EL PRESENTE, LAS PARTES RENUNCIAN EN FORMA VOLUNTARIA E INTENCIONAL A SUS DERECHOS A LITIGAR EN UN TRIBUNAL ANTE UN JUEZ O JURADO EN CASO DE QUE CUALQUIERA DE ELLAS SELECCIONE EL ARBITRAJE.**

Usted puede comunicarse con el AAA o el NAF, para obtener las reglas de arbitraje o presentar una demanda a:

| American Arbitration Association | National Arbitration Forum |
|---|---|
| 335 Madison Avenue | P.O. Box 50191 |
| New York, NY 10017 | Minneapolis, MN 55405 |
| www.adr.org | www.adrforum.com |

Según se utiliza en esta cláusula de arbitraje, los términos "nosotros" y "nuestro" hacen referencia a HSBC Bank Nevada, N.A., sus compañías matrices, subsidiarias, afiliadas, predecesores, sucesores, cesionarios y cada uno de los funcionarios, directores o empleados.

**20. CAMBIO DE TÉRMINOS: Nosotros podemos cambiar o terminar cualquiera de los términos, condiciones, servicios o características de su Cuenta o de este Convenio (incluyendo el aumento de sus Cargos de Financiamiento) en cualquier momento. También podemos agregar nuevos términos, condiciones, servicios o características a su Cuenta o a este Convenio. Podemos imponer cualquier cambio en términos o en términos nuevos a su saldo pendiente, así como a las transacciones y saldos subsiguientes. En la medida en que lo exige la ley, nosotros le avisaremos de antemano en cuanto a todo cambio en términos o términos nuevos, enviándole un aviso a su dirección según se indica en nuestros libros. Todo cambio en la Tasa Porcentual Anual, conforme con las disposiciones sobre tasa variable de este Convenio, no será considerado cambio en términos bajo este párrafo.**

**21. RESPONSABILIDAD POR USO NO AUTORIZADO:** Usted podría ser responsable del uso no autorizado de su Tarjeta. Usted conviene en avisarnos inmediatamente al enterarse del uso no autorizado de su Tarjeta. Usted no será responsable del uso no autorizado que suceda después de que nos avise verbalmente o por escrito. Nos puede avisar por escrito a HSBC Retail Services, P.O. Box 15521, Wilmington, DE 19850-5521, en cuanto a la pérdida, robo o posible uso no autorizado de su Tarjeta. En todos los casos, su responsabilidad no excederá los $50. Sin embargo, el uso no autorizado no incluye el uso por parte de una persona a quien usted haya autorizado a usar su Tarjeta, y usted será responsable de todo uso por dicha persona. Para terminar esta autorización tiene que retirarle la Tarjeta al usuario previamente autorizado y devolvérnosla a: HSBC Retail Services, P.O. Box 15521, Wilmington, DE 19850-5521, junto con una carta que nos explique las razones por las cuales tomó dicha determinación.

**22. PÉRDIDA O ROBO DE LA TARJETA:** Usted acuerda notificarnos inmediatamente si le roban o se pierde su Tarjeta o si usted piensa que alguien está usando su Cuenta sin su permiso. Usted puede notificarnos por escrito a HSBC Retail Services P.O. Box 15521, Wilmington, DE 19850-5521.

**23. CHEQUES DE TARJETA DE CRÉDITO PERDIDOS O ROBADOS:** Usted conviene en avisarnos inmediatamente si pierde o le roban algún cheque de tarjeta de crédito. Nos puede avisar por escrito a: HSBC Retail Services, P.O. Box 15521, Wilmington, DE 19850-5521.

**24. SUSPENSIÓN DE PAGO:** Si antes de que se pague un cheque de tarjeta de crédito girado contra su Cuenta usted nos notifica que no lo paguemos, suspenderemos su pago. Usted debe

enviamos una orden escrita y firmada de no pagar un cheque determinado, indicando el número, el beneficiario, la cantidad y la fecha del cheque de tarjeta de crédito cuyo pago debe suspenderse. Si llama por teléfono, usted debe confirmar la llamada por escrito dentro de 14 días. Nosotros podríamos hacer caso omiso de dicha orden seis meses después de haberla recibido a menos que sea renovado por escrito.

**25. CANCELACIÓN DE LA TARJETA:** Nosotros podemos cancelar o reducir su límite de crédito en cualquier momento y por cualquier motivo, sujeto a los requisitos de la ley aplicable. Los Saldos pendientes bajo este Acuerdo cuando se reduce o cancela su límite de crédito, continuarán acumulando Cargos de Financiamiento hasta que el saldo sea pagado en su totalidad y están sujetos a todos los términos y condiciones de este Acuerdo. Usted acuerda devolvernos su(s) Tarjeta(s) en cualquier momento cuando se lo solicitemos.

**26. CIERRE DE SU CUENTA:** Usted puede cancelar o cerrar su Cuenta al escribirnos a: HSBC Retail Services, P.O. Box 15521, Wilmington, DE 19850-5521. Su aviso entra en vigencia cuando lo recibamos. Si usted cancela o cierra su Cuenta, aún será responsable de todas las cantidades que se nos adeuden de acuerdo con los términos de este Convenio. Usted conviene en devolvernos su(s) Tarjeta(s).

**27. NORMAS DE EVALUACIÓN:** Usted conviene en que nuestro personal de supervisión puede escuchar y recordar las conversaciones telefónicas entre usted y nuestros representantes a fin de evaluar la calidad de nuestro servicio a usted y a otros clientes.

**28. LEY VIGENTE:** Este Convenio y su Cuenta serán regidos e interpretados por las leyes federales, incluyendo la Ley Federal sobre Arbitraje, y las leyes del Estado de Nevada, correspondientes a contratos celebrados y a ser cumplidos allí sin referencia a los principios de conflictos de leyes. La legalidad, ejecución e interpretación de este Convenio y de las cantidades contratadas, cobradas y recibidas bajo este Convenio serán regidas por dichas leyes. Este Convenio se celebra entre usted y nosotros en Nevada. Nosotros tomamos decisiones en cuanto a la concesión de crédito a usted y le extendemos el crédito bajo este Convenio desde Nevada. Las leyes federales y de Nevada corresponderán a toda controversia, reclamación o disputa que surja de o se relacione, de forma alguna con el asunto objeto de este Convenio y o su Cuenta, incluyendo las reclamaciones estatutarias, de equidad y por agravio.

**29. INVESTIGACIÓN E INFORMES DE CRÉDITO:** Usted conviene en que nosotros podemos investigar sus historiales de crédito, empleo e ingresos y comprobar sus recomendaciones de crédito y en que podemos dar a las agencias de informes de crédito, comerciantes y otros acreedores el estado y el historial de pago de su Cuenta.

**30. PRECISIÓN DISPUTADA DE UN INFORME DE CRÉDITO:** Si algún dato determinado relacionado con su Cuenta, las transacciones o la experiencia de crédito con nosotros no es preciso, nos puede avisar y solicitar que corrijamos la información imprecisa (después de confirmar el supuesto error) dado a cualquier agencia de informes de crédito, escribiéndonos a: HSBC Retail Services, P.O. Box 15521, Wilmington, DE 19850-5521.

**31. INFORMACIÓN FINANCIERA ACTUALIZADA:** Usted acuerda darnos inmediatamente información financiera actualizada sobre usted cuando se la solicitemos.

**32. DEMORA EN LA TOMA DE ACCIONES:** Si por cualquier razón nos demoramos en tomar cualquier acción, no perderemos nuestros derechos bajo este Acuerdo. En la medida en que lo permita la ley, podríamos tomar otras acciones que no estén descritas en este Acuerdo, sin perder por ello nuestros derechos bajo este Acuerdo.

**33. CAMBIO DE NOMBRE, DIRECCIÓN O EMPLEO:** Usted conviene en darnos un aviso de 10 días de anticipación en cuanto a todo cambio en su nombre, dirección postal, número de teléfono o lugar de empleo. Usted conviene en que el Departamento de Vehículos Motorizados puede darnos su dirección residencial si fuere necesario localizarle.

**34. TRASPASO DE LA CUENTA:** Nosotros podremos vender, traspasar o transferir su Cuenta o cualquier parte de la misma sin notificárselo. Usted no puede vender, traspasar o transferir su Cuenta.

**35. DIVISIBILIDAD:** Si se determina que cualquier cláusula de este Acuerdo es nula o inejecutable bajo cualquier ley, regla o reglamento, todas las demás cláusulas de este Acuerdo permanecerán válidas y ejecutables.

**36. AVISOS PARA RESIDENTES DE CALIFORNIA:** La ley de California exige que nosotros informemos a los clientes que si no cumplen con los términos de su obligación de crédito, se puede remitir a una agencia de informes de crédito un informe negativo que se refleje en su expediente de crédito. Si usted está casado(a), puede solicitar el crédito a nombre propio.

**37. AVISO A LOS RESIDENTES DE LA FLORIDA: Usted (el prestatario) acuerda que, si obtenemos una sentencia en su contra, una parte de su ingreso disponible puede ser secuestrada o embargada (pagada a nosotros por su empleador), según lo dispone la ley de la Florida y la ley Federal.**

**38. AVISO PARA LOS RESIDENTES DE MAINE:** Podríamos solicitar un informe de crédito con respecto a su solicitud de crédito. Usted puede preguntar si nosotros obtuvimos un informe de crédito y, en tal caso, nosotros le informaremos el nombre y la dirección de la agencia que emitió el informe.

**39. AVISO PARA RESIDENTES DE NEW YORK:** Se puede solicitar un informe de crédito sobre el consumidor relacionado con esta solicitud o con las actualizaciones, renovaciones o extensiones de todo crédito concedido como resultado de esta solicitud. A solicitud suya, se le informará si se solicitó dicho informe y, de haberse solicitado, el nombre y la dirección de la agencia que proporcionó el informe. Los residentes de New York, se pueden comunicar con el departamento de banca del Estado de New York a fin de obtener una lista comparativa de las tasas para tarjetas de crédito, sus recargos y períodos de gracia. Departamento de Banca del Estado de New York: 1-800-522-3330.

**40. AVISO PARA LOS RESIDENTES DE OHIO:** Las Leyes de Ohio contra la discriminación exigen que todos los acreedores pongan el crédito a disposición de todas las personas solventes, sin distinción de ninguna clase, y que las agencias de información de crédito mantengan historiales de crédito separados para cada individuo cuando esto se les solicite. La Comisión de Derechos Civiles de Ohio se encarga de hacer cumplir esta ley.

**41. AVISO PARA RESIDENTES DE VERMONT:** Se podrá solicitar un informe de crédito sobre el consumidor en lo relacionado con esta solicitud o en lo relacionado con actualizaciones, renovaciones o prórrogas de todo crédito concedido como resultado de esta solicitud. A petición, se le informará si se solicitó o no dicho informe y, de haberse solicitado, el nombre y la dirección de la agencia que proporcionó el informe.

**La información referente a los costos de la Tarjeta que contiene este Convenio de Tarjetahabiente y la Declaración de Divulgaciones es precisa en septiembre el 2009. Esta información tendré cambiar después de esa fecha. Para conocer cualquier cambio, escríbanos a: 1111 Town Center Drive, Las Vegas, Nevada 89144.**

## SUS DERECHOS DE FACTURACIÓN — GUARDE ESTE AVISO PARA USO FUTURO

Este aviso contiene información importante sobre sus derechos y nuestras responsabilidades bajo la Ley de Facturación Justa en Materia Crediticia.

**Notifíquenos en caso de haber errores o tener preguntas sobre su estado de cuenta:** Si su estado de cuenta contiene errores o si necesita más información sobre una transacción que aparece en su factura, escríbanos en una hoja separada a la dirección que aparece en su factura. Escríbanos lo antes posible. Es necesario que recibamos sus comentarios dentro del término de 60 días a partir de la fecha en que le enviamos la primera factura en que aparece el error o el problema. Puede llamarnos por teléfono, pero una llamada telefónica no protege sus derechos.

En su carta, dénos la siguiente información:

- Su nombre y número de cuenta.
- El monto en dólares del supuesto error.
- Describa el error y explique, si puede, por qué considera usted que hay un error.
- Si necesita más información, describa el ítem sobre el cual tiene dudas.

**Sus derechos y nuestras responsabilidades después de recibir su notificación por escrito:** Nosotros tenemos que reconoser que recibimos su carta dentro del término de 30 días, a menos que para entonces hayamos corregido el error. Dentro del término de 90 días tenemos que corregir el error o explicarle por qué creemos que el estado de cuenta estaba correcta.

Después de recibir su carta, no podemos tratar de cobrarle ninguna parte del cantidad que usted ha cuestionado reportarle como deudor moroso. Podríamos continuar facturándole la cantidad en duda, incluyendo cargos de financiamiento, y podríamos aplicar cualquier saldo pendiente contra su límite de crédito. Usted no tiene que pagar ninguna cantidad en duda mientras investigamos, pero sigue estando obligado a pagar las partes de su factura que de las que tenga duda en duda. Si encontramos que cometimos un error en su factura, usted no tendrá que pagar cargos de financiamiento correspondiente con ninguna cantidad en duda. Si no cometimos ningún error, usted tendrá que pagar cargos de financiamiento y hacer todos los pagos que no había hecho correspondientes a la cantidad en duda. En cualquier caso, le enviaremos una declaración con la cantidad que nos debe y la fecha en que vence.

Si usted no paga la cantidad que nosotros consideramos que usted nos debe, podremos reportarlo como deudor moroso. Sin embargo, si nuestra explicación no le satisface y usted nos escribe dentro del término de diez días informándonos que aún no está dispuesto a pagar, tendríamos que informar a cualquier entidad a la que enviemos un informe sobre usted, que usted tiene una duda sobre su factura. Y tendríamos que informarle a usted el nombre de cualquier entidad a la cual enviemos un informe sobre usted. Cuando el asunto haya sido resuelto, tendríamos que informar sobre esto a cualquier entidad a la que hubiésemos enviado un informe sobre usted.

Si no seguimos estas reglas, no podremos cobrar los primeros $50 de la cantidad en duda, aunque su factura estuviese correcta.

**Regla especial para compras hechas con Tarjeta de Crédito:** Si usted tiene algún problema con la calidad de un producto o servicios que usted compró con una tarjeta de crédito, y usted ha tratado de buena fe de corregir el problema con el comerciante, usted podría tener el derecho de no pagar el saldo restante correspondiente a dicho producto o servicios. Existen dos limitaciones a este derecho: (a) Usted debe propiedad hecho la compra en el estado donde reside o, si no la hizo dentro del estado donde reside, dentro de un radio de 100 millas de su actual dirección y (b) El precio de compra debe haber sido superior a los $50. Estas limitaciones no son aplicables si nosotros somos dueños del establecimiento donde usted hizo la adquisición, operamos el mismo, o si nosotros le enviamos un anuncio con el producto o los servicios.